UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUERRIER HENRI,<br><br>      Plaintiff,<br><br>  -against-<br><br>THÉRIEL THÉLUS and SENET D. ACHILL,<br><br>      Defendants. | Case No.: 24-cv-00329 |

  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the defendants THÉRIEL THÉLUS and SENET D. ACHILL in the above-referenced action, and requests that copies of all notices and papers filed in connection with the action be sent to the address stated below.

Dated: New York, New York
    March 4, 2024

                **Daniel Szalkiewicz & Associates, P.C.**

                /s/ Daniel Szalkiewicz

                By: Daniel S. Szalkiewicz
                23 West 73rd Street, Suite 102
                New York, New York 10023
                (212) 706-1007
                daniel@lawdss.com
                *Attorneys for Defendants Theriel Thelus and Senet D. Achill*