UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUERRIER HENRI,

               Plaintiff,

        -against-

THÉRIEL THÉLUS and SENET D. ACHILL,

               Defendants.

Case No.: 24-cv-00329

---

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the defendants THÉRIEL THÉLUS and SENET D. ACHILL in the above-referenced action, and requests that copies of all notices and papers filed in connection with the action be sent to the address stated below.

Dated:  New York, New York
          March 4, 2024

                                      **Daniel Szalkiewicz & Associates, P.C.**

                                      */s/ Cali Madia*
                                      By: Cali P. Madia
                                      23 West 73rd Street, Suite 102
                                      New York, New York 10023
                                      (212) 706-1007
                                      cali@lawdss.com
                                      *Attorneys for Defendants Theriel Thelus and Senet D. Achill*