**MEMO ENDORSED**

**Law Office of Richard A. Altman**　　　　Tel. and Fax 212.633.0123
**150 East 56th Street, Suite 12B**　　　　altmanlaw@earthlink.net
**New York, New York 10022**　　　　　　artesq@earthlink.net
　　　　　　　　　　　　　　　　　　　　www.altmanlaw.nyc

April 1, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/24
```

BY ECF
Hon. Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　Re: *Henri v. Thelus*, 1:24-cv-00329-VEC

Your Honor:

　　I represent the plaintiff, and write to ask the Court for an extension of time to comply with the Court's Preliminary Conference Order, and for the conference itself. The parties had previously agreed that defendants would file a motion to dismiss by April 5, 2024. I had incorrectly assumed that the Conference would be adjourned because of the motion; I apologize for my error. I previously asked for an extension solely because of difficulty in serving the defendants, but that has now been accomplished.

　　I am presently out of the US for family reasons, and will return around April 23, 2024. I would respectfully ask that the Court adjourn the conference until anytime in early May, with the joint letter to be submitted a week or so before.

　　I appreciate the Court's attention.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　*Richard A. Altman*

　　　　　　　　　　　　　　　　　　　　Richard A. Altman

Copy to
J. Morgan Levy, Esq.
by ECF

Defendants are directed to file a letter by no later than **April 2, 2024** at **12:00 P.M.** indicating whether they consent to Plaintiff's adjournment request.

SO ORDERED.                          4/1/24

*[Signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE