# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

April 1, 2024

**Via ECF**
United States District Court for the
Southern District of New York
40 Foley Square,
New York, New York 10007
Attn: Hon. Valerie E. Caproni

*Re:*   *Henri v. Thelus et al*
        *Case No. 1:24-cv-00329-VEC*

Dear Judge Caproni,

Defendants consent to Plaintiff's adjournment request. Additionally, as Mr. Altman indicated, Defendants' deadline to move or answer the Complaint is currently April 5, 2024 and Defendants intend to file a pre-answer motion to dismiss pursuant to 12(b)(6). Given the recent holiday, the amount of work involved in drafting the motion, and Mr. Altman's unavailability, Defendants request an additional two weeks to file their motion or otherwise answer.

Thank you for the Court's attention to this matter.

Respectfully submitted,

*/s/ Cali P. Madia*
By: Cali P. Madia, Esq.