# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

**MEMO ENDORSED**

April 1, 2024

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 4/1/2024

<u>Via ECF</u>  
United States District Court for the  
Southern District of New York  
40 Foley Square,  
New York, New York 10007  
Attn: Hon. Valerie E. Caproni

*Re:*   Henri v. Thelus et al  
        Case No. 1:24-cv-00329-VEC

Dear Judge Caproni,

Defendants consent to Plaintiff's adjournment request. Additionally, as Mr. Altman indicated, Defendants' deadline to move or answer the Complaint is currently April 5, 2024 and Defendants intend to file a pre-answer motion to dismiss pursuant to 12(b)(6). Given the recent holiday, the amount of work involved in drafting the motion, and Mr. Altman's unavailability, Defendants request an additional two weeks to file their motion or otherwise answer.

Thank you for the Court's attention to this matter.

Respectfully submitted,

*/s/ Cali P. Madia*  
By: Cali P. Madia, Esq.

---

Application GRANTED in part. Defendants' deadline to move or answer the Complaint is extended to **April 12, 2024**. The Court is unlikely to grant further extensions of the deadline.

The Initial Pretrial Conference scheduled for **April 5, 2024** is ADJOURNED to **May 3, 2024** at **10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' joint letter must be filed by no later than **April 25, 2024**. For the required contents of the parties' submission, the parties are directed to Dkt. 8.

SO ORDERED.                    4/1/2024

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE

Daniel Szalkiewicz & Associates, P.C.