

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____
Date: 3/18/2024

I ____Faidherbe Boyer____, hereby certify that I translated the attached document(s) from Creole into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both Creole and English languages to render such translation.

1- Guerrier and Vitelhomme 33min
2- Guerrier and Lanmo Sanjou
3- Guerrier and Krisla 2 first 10 min
4- Guerrier and BBQ
5- Tweet from Emancipation FM #1

Signature _____F. Boyer_____
Sworn to and subscribed before me by means of ___ physical presence or ✓ online notarization, this 18th day of March 2024,
by __Faidherbe Boyer____, ☐Personally known to me or ☐Produced identification.
Type of identification_____ ID No. _____

Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026

| Guerrier and Vitelhomme- 33min | | |
|---|---|---|
| 0:00:00 | GUE | When we don't know what's in the mind of those with weapons, when we don't know what's in the mind of those the police are tracking, we must find out what's in their mind, what they want to say. And, especially when the issue has to do with politics. **Vitelhomme INNOCENT** is our guest tonight. We will be speaking with him. But I told **Vitelhomme INNOCENT**, this program tonight is for history and the truth. For history and for the truth. I must tell you that **Vitelhomme** is used to doing interviews online, but ever since the police has been looking for him, I don't think Innocent, **Vitelhomme INNOCENT** has done an interview on the radio. Is this the first interview he is doing on the radio since the police has been looking for him, has he done radio interviews in the past? Who is **Vitelhomme**? We will look at the person at first. Who the person is, where he comes from and then we will talk about other detail. You, the one who takes care of everything, this will be for Monday. Let me go to **Vitelhomme** who is already with me online. **Vitelhomme INNOCENT**, good evening, thank you for agreeing to answer our questions on Bokante Lapawòl. Thank you for making yourself available for this interview. Good evening. |
| 0:01:24 | VT | Good evening Guerrier, I send greeting to Valery Numa, greetings to all the auditors. I want to take this opportunity to send greetings to the population, and especially the diaspora that is listening to us. |
| 0:01:33 | GUE | At this very minute, are you comfortable as you sit for this interview with us on Mega and on all the other network in this world, are you comfortable while you are sitting here doing this interview? |
| 0:01:52 | VT | Well, I am very poised. I am very comfortable because I am ready to do this interview. |
| 0:01:58 | GUE | Thank you because you will be answering some questions. In the presence of God, who is **Vitelhomme INNOCENT**? |
| 0:02:10 | VT | Well, to give you a short biography. I am a young man who was born in Torcel who grew up in Torcel. My mother is from Lagalèt, in Latibonit. I did my primary school at the National school of Sanson, my secondary school at Jean Marie Vencent school. I went to law school in Gonaives. I studied business [inaudible]. I tried to study communication in …..We are well trained in all that we do. |
| 0:03:02 | GUE | Ok. A lot of people in Torcel know who you are, but for some time now your name is being spread around the country. Before the country began to learn about **Vitelhomme**, what type of activities were you involved in? Business, entrepreneurship, or your work as a professional, what were you doing prior to this? |
| 0:03:48 | VT | The first thing I got involved in, when I ended my studies, I went to work as a security guard at St. Luc foundation. My second job was as an employee in Belville for 6 months so that I can complete my |

|  |  | secondary school. Then I became an entrepreneur. I started in business to the point where I opened my own business. |
|---|---|---|
| 0:04:22 | GUE | What kind of business did you have? |
| 0:04:26 | VT | My first business was a rental business. It was a car rental service. Then I started to sell groceries in bulk and retail. |
| 0:04:43 | GUE | Some people are listening now who are saying, making the jump from a security agent to being an entrepreneur, those who are listening can always ask this question, where did **Vitelhomme** began to find money? Was it money borrowed from the bank? Or friends helped you? |
| 0:05:00 | VT | To open the business, I already had some family assets. I was already the legal representative of my family.  As a legal representative I found a way to help myself. I was the one who represented the family for all their property sales. |
| 0:05:24 | GUE | This means, a guy selling property especially in Torcel, this means there were a lot of people buying. This means you were able to make some money. Now, when you began to set up your business, you were a private citizen, you were not a public personality, at what point did you start to contact some people that made you a well-known individual? During which period did you begin to become more outgoing? |
| 0:05:51 | VT | I began to venture in the public sphere when Estimon became the mayor, at that time my area was abandoned. I began by doing a survey of the area. I was the first one to work on drainage in my area. At the same time, I was fighting to start a sport Center. Where you see the building that is destroyed, I was trying to help put together a sports center on that property. I started to have a conversation with the club Don Bosco to finds some assistance to open the center as soon as possible. |
| 0:06:24 | GUE | This means, at that time you were interested in doing social work. Isn't that so? |
| 0:06:31 | VT | Definitely. |
| 0:06:32 | GUE | When will you start getting this feeling that you must get involved in politics. Around what time? |
| 0:06:39 | VT | I began to get involved in politics exactly when Martely was going to become president. At that time there was a commissioner sent to us to begin to analyze a few things with him. This was a very well-known commissioner. But the space that you noticed that was damaged, that's the space we talked to the commissioner about to figure out how we can set up a few projects in that space. It was commissioner Gospel everyone knew who he was. |
| 0:07:22 | GUE | This means, Commissioner Gospel came to talk to you, and at that time, as a man involved in community work in the area, they needed some leaders to represent them in the area, so they wanted you to |

|  |  |  |
|---|---|---|
|  |  | support Tèt Kale. |
| 0:07:37 | VT | Definitely. |
| 0:07:38 | GUE | Ok. During the time of Martelly, the name **Vitelhomme** Innocent was not yet popular. That same support you gave to Martelly, we are talking now 2010-2011, did you provide that same support to Jovnel Moise since it was the same structure as Tèt Kale? |
| 0:08:03 | VT | Let me explain, let be give you a brief review. During the Martely government, there were some things I was trying to put in place and at that time I was dealing with a US citizen. His name was Pierre Arion Joseph. This American Citizen was living with me at home. |
| 0:08:35 | GUE | Just a second, you know "living with you" has many connotations. |
| 0:08:42 | VT | What did you say? |
| 0:08:43 | GUE | You said that there was a man named Pierre Arion Joseph who lived with you… |
| 0:08:48 | VT | Pierre Arion Joseph who was an American citizen…. |
| 0:08:49 | GUE | …who lived with you |
| 0:08:52 | VT | We lived in the same house. |
| 0:08:53 | GUE | No, what does that mean? It's not the other meaning? You must be clear. |
| 0:08:56 | VT | No, it was not that way, my friend. |
| 0:08:58 | GUE | Ok, Ok. |
| 0:08:59 | VT | He was dealing with me as someone he trusted for all his dealings. |
| 0:09:02 | GUE | Ok. Very well. Let's move on. |
| 0:09:05 | VT | As I was dealing with the American, there was another friend dealing with him as well. Very soon that same friend assassinated the American. |
| 0:09:16 | GUE | Ok. |
| 0:09:17 | VT | As soon as the American was assassinated, I contacted his relatives. When I called the family they told me they would do all the necessary to send for the body. They will not be coming to Haiti. At that time there was a guy name Sams Mckenzi who was who oversaw BAC inside DCPJ. They called me and they had a meeting. There was Rodrigue Axcel, who oversees BAC at DCPJ, his godfather. We sat and we had a conversation together. After we spoke, the American died, and when he died, I talked to the guys about his assets. The guys asked me to share his assets with them. I told them I am not a son, there are some things that I can't get on board with. There were some things he transferred to my name, the guys concocted a plot and ended up arresting me so that they could take the assets. I spent one year and 22 days at in prison. After I was set free, I found all appeals made on my behalf to repossess the assets. After I recouped all my assets, Attorney Danton Leger who was a Prosecutor, his chef of security had already taken a house that I built. |

| 0:10:44 | GUE | Ok. This means a security officer of Danton Leger....At that time...When you were in prizon, was Danton Leger a Prosecutor or he was not yet a prosecutor? |
|---|---|---|
| 0:10: 56 | VT | He was the Prosecutor under Privert. After Martelly. |
| 0:11:00 | GUE | Ok. That's it. So, while you were in prizon, Danton Leger's Security officer took your house. |
| 0:11:06 | VT | They split the house among them, they split the assets. |
| 0:11:07 | GUE | Ok. |
| 0:11:10 | VT | Right after I was freed. I went to court to recoup my houses. These guys made a deal with me. Ramau Normil, the former DG of the police, when the guy died he left a house in Belleville, Ramaud told me if I don't agree that he take over the house, I will no longer exist. That was the reason for a warrant for my arrest. |
| 0:11:42 | GUE | Now you're talking about a house owned by Pierre Arion Joseph, the American Joseph. |
| 0:11:44 | VT | Exactly. |
| 0:11:45 | GUE | Where is that house now? |
| 0:11:47 | VT | It's located in Belleville. There is also one in Fermate, Rue Cazeau. Fermate 48, Rue Cazeau. |
| 0:11:54 | GUE | Who lives in the house in Belleville, Pierre Arion Joseph's house? |
| 0:12: 02 | VT | That house. The same police officers are living in them. |
| 0:12: 04 | GUE | No. So this means, you don't have the name of the person. If you don't have it you can tell me "I don't know." |
| 0:12: 07 | VT | Attorney Normil. |
| 0:12:10 | GUE | So, this means, Attorney Normil, did you say Attorney Normil or Normil Rameau. There is a difference. |
| 0:12:16 | VT | Rameau, Normil. |
| 0:12:17 | GUE | So, Rameau Normil lives in that house, Pierre Arion Joseph's house. |
| 0:12:21 | VT | Yes. |
| 0:12:22 | GUE | Even up to now? |
| 0:12:23 | VT | He still lives there. |
| 0:12:24 | GUE | You can continue. |
| 0:12:26 | VT | So right away, I began to start thinking about abandoning all the assets which could cost me my life. I started to have some conversation with some guys to talk about how I can recoup, and I sat with some officials… |
| 0:12:48 | GUE | Wait a minute, now we are on another track. We must have a timeline. Before we move on, the home that Pierre Arion Joseph has in Thomassin, who lives there now? |
| 0:12:55 | VT | A former police commissioner…what's his name again? |
| 0:13:06 | GUE | Are you saying all of Pierre Arion Joseph's homes are inhabited by police officers? |
| 0:13:07 | VT | Police officers inhabit all the homes. So Piere Arion Joseh is the |

|          |     |                                                                                                                                                                              |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     | source of all my issues, all my conflicts.                                                                                                                                   |
| 0:13:15  | GUE | Now you are saying you are leaving all these assets behind, you don't want to have anything to do with them, you want to live. Now you say some people came to get in touch with you to get into politics. Right? |
| 0:13:25  | VT  | Yes.                                                                                                                                                                         |
| 0:13:26  | GUE | Who are those people who came to talk to you about getting involved in politics? What year are we talking about?                                                             |
| 0:13:33  | VT  | 2020-2021                                                                                                                                                                    |
| 0:13:48  | GUE | Now we're in 2020 after the total shut down protest.                                                                                                                         |
| 0:13:48  | VT  | Yes.                                                                                                                                                                         |
| 0:13:55  | GUE | Was it before or after the lockdown protest?                                                                                                                                 |
| 0:13:56  | VT  | Before the protest.                                                                                                                                                          |
| 0:13:58  | GUE | So, you're talking about 2019. The lockdown protest was in 2019.                                                                                                             |
| 0:14:00  | VT  | I've been involved in politics since 2019, 2020.                                                                                                                             |
| 0:14:06  | GUE | Ok. In 2019, what was your position regarding Jovenel, where for or against Jovenel?                                                                                         |
| 0:14:10  | VT  | I was against Jovenel because I was in the opposition.                                                                                                                       |
| 0:14:14  | GUE | Ok. Your first steps, you mentioned that the guys came to talk to you. We are going to dive deep into politics. Which group got in touch with you and why?                   |
| 0:14:33  | VT  | My first meeting was with Secteur Democratic, and with Attorney Beauvoir who oversaw a lot of things.                                                                        |
| 0:14:50  | GUE | Mario Beauvoir                                                                                                                                                               |
| 0:14:51  | VT  | Mario Beauvoir, I could say the lead Attorney. The former president of the Justice commission, I always kept in touch with him.                                              |
| 0:15:03  | GUE | You're talking about who, now?                                                                                                                                               |
| 0:15:03  | VT  | Attorney Jean Renel Senatus, and many others.                                                                                                                                |
| 0:15:13  | GUE | OK. The first time these guys decided to meet with you, what was the objective?                                                                                              |
| 0:15:23  | VT  | To get rid of the PHTK government.                                                                                                                                           |
| 0:15:27  | GUE | This met getting rid of Jovenel. This mean, you were someone very involved in the opposition movement. Is that it?                                                           |
| 0:15:36  | VT  | The opposition.                                                                                                                                                              |
| 0:15:38  | GUE | Can I say this tonight. I said it recently, but you can confirm this for me tonight. Can I say that it's the opposition to Jovenel Moise that created **Vitelhomme** Innocent that we have here today. |
| 0:15:57  | VT  | Exactly.                                                                                                                                                                     |
| 0:15:58  | GUE | This means the opposition made you who you are. Your work with SDP with Mario Beauvoir and with Jean Renel Senatus, your mission in the opposition, what was it?             |
| 0:16:13  | VT  | All I wanted was to fight so that I can have a stable life and to have a change. But as soon as the government got rid of….                                                  |
| 0:16:29  | GUE | No. Let's keep the same method. We are not there yet. Your objective,                                                                                                        |

|         |     | meaning your own responsibility as community leader in the area you lived in Torcel, what was your main mission? |
|---------|-----|---|
| 0:16:11 | VT  | The lockdown. |
| 0:16:48 | GUE | This met to shut down the road to Route Frere…. |
| 0:16:53 | VT  | In our area, this was our responsibility. |
| 0:16:55 | GUE | To block the roads. I remember the police would come to that area, and I remember the area was blocked near …one, the police came and at that time you stood up against the police. Do you remember that time? |
| 0:17:09 | VT  | Oh, yes. I remember that time. |
| 0:17:12 | GUE | Since we were in a lockdown protest. This would surprise a lot of people and you were fighting the police. According to the information provided by the police, there were some shots fired between the police and the protesters, can you confirm this? |
| 0:17:26 | VT  | If there was an exchange of shots fired, I believe there would be victims. But at that time those barricades were just to block. |
| 0:17:41 | GUE | Or your future? |
| 0:17:42 | VT  | Definitely. |
| 0:17:43 | GUE | As the country came to a standstill, things started to loosen up, the guys were negotiating, what was your next step in the struggle? What did it become? |
| 0:18:15 | VT  | After all the fight. I was supposed to get my own gift in the next government. |
| 0:18:22 | GUE | No. Listen, **Vitelhomme**, I am not talking about a government yet. Don't forget there was a time where the country was no longer under a lockdown, it had stopped. As the lockdown stopped, what was your mission? |
| 0:18:34 | VT  | To continue to run my business. |
| 0:18:36 | GUE | At that time, you went back to your business and not involved any more, or where there still some meetings happening? |
| 0:18:40 | VT  | There were more meetings. |
| 0:18:42 | GUE | What was these meetings' objective? |
| 0:18:45 | VT  | The objective was to mobilize and put an end to the PHTK regime. |
| 0:18:51 | GUE | But don't forget, there is a period where you can no longer mobilize. You can't send people on the street. There was a silence. Was there anything else happening outside of this battle? Was there another fight, was there anything being planned outside of this issue? |
| 0:19:07 | VT  | No, I was not aware of anything else being planned. |
| 0:19:10 | GUE | No. I am clear, there was no longer a lockdown, no more protest, did everyone give up or were there other activities being planned? |
| 0:19:20 | VT  | Politics is a strategy. |
| 0:19:23 | GUE | Ok. |
| 0:19:25 | VT  | It's a strategy, everyone is trying to find a way to come up with a |

|          |     | solution. |
|----------|-----|-----------|
| 0:19:34  | GUE | OK. At what point will you start to hear talks about killing Jovenel. When did you hear that? And, where? |
| 0:19:44  | VT  | It wasn't until Jovnel died, I heard about the plan to kill him. |
| 0:19:52  | GUE | Ok. What was your implication, what role did you play in killing the president? |
| 0:20:00  | VT  | Let me tell you, near or far I was never implicated in killing the president. But everyone knows who killed him. |
| 0:20:25  | GUE | Can you be clearer? The country does not understand. |
| 0:20:32  | VT  | I think it's very exclusive. |
| 0:20:33  | GUE | No, No, it's not very clear to me. Let me repeat the question for you. |
| 0:20:37  | VT  | Repeat it and you will understand what I am saying Guerrier. |
| 0:20:39  | GUE | Ok. **Vitelhomme INNOCENT**, what role did you play in the planning of the assassination of Jovenel Moise? |
| 0:20:50  | VT  | I did not have the goal to kill Jovnel, the goal was to get rid of a government. |
| 0:21:00  | GUE | Ok. When did you learn that Jovenel died? |
| 0:21:11  | VT  | I learned that Jovenel died on July 7th. |
| 0:21:17  | GUE | No. But you must agree. July 7th, July 6 and 7th you were in a difficult situation. I remember since the 6th there was an operation to try to capture you. |
| 0:21:322 | VT  | This was a plan used as a maneuver. Let's be clear Guerrier. One question, the security of a president and an execution, what is the priority for a unit providing security in a country? |
| 0:21:49  | GUE | We will talk about that in a few minutes, because I know you have some information that you will provide us regarding that issue. These are things that you learned later. Was there a lot of information that you became aware of and that you confirmed? |
| 0:22:05  | VT  | Was there a lot of information that I became aware of after the assassination of the president? |
| 0:22:12  | GUE | There is a series of information that you became aware of, and you later confirmed. |
| 0:22:14  | VT  | No. |
| 0:22:15  | GUE | In some interviews you gave, you named some people who may have participated in the assassination of the president. |
| 0:22:22  | VT  | I told you clearly that this government is a [inaudible] government. Everything that was planned in this government were well placed instruments to get rid of Jovenel and to remake a consensus government. |
| 0:22:43  | GUE | Very well. A consensus, that's what it was supposed to be. We are going to talk about that, about that chapter. Each person listening to you even some experienced journalists, when you speak, they ask themselves this question. Vetelome **INNOCENT** is very clear about what |

|         |     | he is saying. This is not a man who rambles, and in fact one of the exceptional things that you do is that you don't wear a ski mask. This means you are showing who you are. |
|---------|-----|---|
| 0:23:14 | VT  | Someone who wear a ski mask is not direct, it's someone who doesn't have integrity. |
| 0:23:18 | GUE | Ok. Somone without integrity. Integrity means a lot. Is Vitelome a man who is truthful and who is ready to tell the truth? |
| 0:23:29 | VT  | Unless there is no justice. |
| 0:23:31 | GUE | Very well. **Vitelhomme**, are you a leader of an armed group or the leader of an armed gang? |
| 0:23:40 | VT  | How do you justify the leader of a gang? Let's be clear. |
| 0:23:51 | GUE | Ok. Let me be clearer? Do you have a group of armed man with you? |
| 0:23:57 | VT  | Negative. The only thing is that I am saying it, I am assuming it, and I am repeating it. I am one of the founders of Fantom 509. |
| 0:24:12 | GUE | No, we are going to talk about that. It's written here. We'll talk about Fatom. We'll talk about Fantom. **Vitelhomme**, do you have a group of armed man around you? |
| 0:24:25 | VT  | Negative. |
| 0:24:28 | GUE | What is your relationship with the 400 Mawozo group. I remember seeing you at a funeral and I saw the guys from 400 Mawozo carrying big weapons. What is your relationship with the guys from 400 Mawozo? |
| 0:24:39 | VT  | The relationship is not just with the guys from 400 Mawozo. As former prime minister Joute said, I spoke with many collaborators, because in Haiti, you must find a way to survive. In politics you must reach out to every contact that I think I should make. That's why I talk to all the people that I think I should speak. I spoke to 400 Mawozo, Oblidor, I spoke to Lamò, I spoke to Izo, I spoke to everyone. |
| 0:25:29 | GUE | Yes, I know you spoke to Izo. |
| 0:25:29 | VT  | I spoke to everyone Gerrier. |
| 0:25:30 | GUE | We'll talk about that. Should the country know today that Vitelome innocent is not a gang leader? |
| 0:25:39 | VT  | Clearly, the country is aware of it.  Nature is always fighting to remain natural but it's always negative. |
| 0:25:53 | GUE | Vitelome, when the police conduct operations in your area for instance, the police are shooting but there are guys in your area that are shooting as well, who are these guys? |
| 0:26:03 | VT  | Let me tell you Guerrier. Tell me of one raid conducted by the police where they presented a stolen vehicle that they confiscated, a weapon, or anything else they have confiscated? |
| 0:26:20 | GUE | The information they provided stated that they took a pickup truck, this was a pickup being used by Vitelome. |
| 0:26:29 | VT  | Where? |

| 0:26:32 | GUE | In the area of Torcele, in Pernier. |
|---|---|---|
| 0:26:35 | VT | Let me remind you. They talked about a pickup they took in Jed that was being taken care of by Alex Telusme, the representative of GREG in 95, the chief of BRISTOU. |
| 0:26:57 | GUE | The kidnappings that are happening in Pernier, since Pernier is the area next to you, we are talking about the area of Torcel and other areas, who is responsible for these kidnappings? In everyone's mind, based on the information provided, they are saying that the people in charge of the Vitelome gang are executing the kidnappings in that area. **Vitelhomme** before we started the interview, you promised to tell us the truth. When I ask you a question, if you can provide the answer and additional information, that would be great. **Vitelhomme**, what's going on in Pernier, you are aware of it. They are kidnapping people in Torcel, they are kidnapping people every day around Pernier. They are kidnapping people in Tabarre. Tell the country what do you know about what's going on in these areas? Thank you for your answer. |
| 0:28:05 | VT | Let me talk to you Guerrier. Let's be clear. Let's be honest. Let's take a one example, the police made an intervention in Tabare 68. Near the home of the former president of the Justice commission where it went to look for a sequestered who came from Laboule. Have they ever revealed who did it? Never. They will not say. Let me tell you clearly. We are in an area, you as the media, I don't think anyone can block your sources. Your source can search because you can walk the pavement. You would find a lot of truth. If the area was as bad as they say, and all these officials would still live in it. |
| 0:29:26 | GUE | Who are you talking about now? |
| 0:29:28 | VT | I am talking about Trocel. That's where all of the big wigs live. |
| 0:29:34 | GUE | There are a lot of people who left who were forced to leave Pernier. I have a lot of friends who left Pernier. |
| 0:29:39 | VT | I understand. Listen to what I am about to tell you Guerrier. |
| 0:29:42 | GUE | I don't know about Torcel, aren't you aware that there is a kidnapping every day in Pernier? Every day. And sometimes even in front of the Police Academy. |
| 0:29:49 | VT | Let me tell you something. Don't all these guys know who are doing the kidnapping? Most of the guys that are doing the kidnappings who is assisting them, aren't they supported by those same police officers? While Alex was doing a kidnapping, supposedly there was a armored car and they said they killed me in the armored car. They said they shot me, and I fled in an ambulance. And the pickup truck they used as a backup came to pick up Alex and took him away, everyone knows it. Inside Tabare, doesn't everyone know who the regional Director of the West 2 area? There are police officer's pictures posted, don't they know who they are? They are dumping everything |

|          |     | on my back, the only thing I know one day the light will shine. |
|----------|-----|-----------------------------------------------------------------|
| 0:30:52  | GUE | But the sun is up now. We are going to make the sun rise tonight. That's the objective of this radio show. What do you know of the kidnappings that are happening in your area? |
| 0:31:06  | VT  | All these crimes are done by the same guys, Moricio, Jimmy, Cetoute, they have their headquarters here in Merisier. The money is being handed out near Montecrespo right in front of BLPS. |
| 0:31:45  | GUE | What money, the ransom money? |
| 0:31:46  | VT  | The kidnapping money. |
| 0:31:52  | GUE | Do you have weapons? |
| 0:31:53  | VT  | If I told you I don't have weapons I would be lying to myself. I have a weapon, I wrote to the DG, I have declared everything. |
| 0:32:08  | GUE | What about the long gun do you use it, or do you let those who are close to you handle it? |
| 0:32:16  | VT  | The long gun, the Great Jehovah and Master Eloi. |
| 0:32:23  | GUE | I don't understand. |
| 0:32:26  | VT  | The Great Jehovah and Master Eloi. Those two weapons. |
| 0:32:31  | GUE | This means you have two weapons? |
| 0:32:32  | VT  | They are the ones that are protecting me. |
| 0:32:38  | GUE | But you have a weapon that you hope to get a permit for it, they have not done that yet. |
| 0:32:43  | VT  | Yes. |
| 0:32:45  | GUE | We'll come back on that. You remember I told you there was no more lockdown; we are now in December 2019. |
|          |     | |