

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____
Date: 3/18/2024

I _____Faidherbe Boyer_____, hereby certify that I translated the attached document(s) from Creole into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both Creole and English languages to render such translation.

1- Guerrier and Vitelhomme 33min
2- Guerrier and Lanmo Sanjou
3- Guerrier and Krisla 2 first 10 min
4- Guerrier and BBQ
5- Tweet from Emancipation FM #1

Signature _____F. Boyer_____
Sworn to and subscribed before me by means of ___ physical presence or ✓ online notarization, this 18th day of March 2024,
by _Faidherbe Boyer_____, ☐ Personally known to me or ☐ Produced identification.
Type of identification _____  ID No. _____

Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026

| Guerrier and Lanmo Sanjou | | |
|---|---|---|
| 0:00:00 | LSJ | Thank God we're still alive. We're fighting for life. |
| 0:00:005 | GUE | You are live with me, my name is Guerrier Henry, host of Boukante Lapawòl. You are on Radio Mega; the world is listening to you. Are you ready to speak with us? |
| 0:00:16 | LSJ | My name is **Lanmo Sanjou** man, the world knows me as **Lanmo Sanjou** [inaudible] |
| 0:00:220 | GUE | Can you lower the volume please. Pleas lower the volume on the radio next to you. Please. |
| 0:00:28 | LSJ | I am not near the radio. |
| 0:00:29 | GUE | Ok. It has been about 9 days now this information has been in the news. The group 400 Mawozo kidnapped many people, among them some catholic priest, some nuns, can you confirm this information for us that these people are in your possession? |
| 0:00:40 | LSJ | My brother, I am going to tell you something, everyone knows, even the world know that I don't get involved in kidnappings. I have always said this to all the guys, I have always said, at a time when all weapons are silent in this country mine can do the same as well. I am not that much of a demon that no one can sit and have a talk with me and tell me either in general or in details here is how things could be. Imagine, when I told these guys, I want my weapons to remain silent and here are my demands, what did they do? They came to destroy my house; they came to destroy the homes of the less fortunate in the area. What will this do, will that make me become meaner or calmer? I told them that when I put my foot down, God only knows what will happen. What I want is what it should be. |
| 0: 02:01 | GUE | **Lanmo Sanjou**, tell us how are the people? How's their health? |
| 0: 02:03 | LSJ | I spoke to those guys. I gave them 24 hours, because I don't have a hospital in my area, I don't have anything in my area. If I had a hospital in my area, it wouldn't be in this condition. I gave them 24hours. They know what they must do. |
| 0:02:28 | GUE | You gave these guys 24 hours to do what? |
| 0:02:32 | LSJ | To do what they must do. They know what they must do. The decision is not just up to me, everyone in my group has a say in it. It's a group decision, I can't take it alone. |
| 0:02:46 | GUE | Ok. But how is their health? They told us that some are not doing so well, some are sick, and some were already sick. How is their health? |
| 0:02:53 | LSJ | If they are aware that some people are not in good health they would have settled with us quickly so that their people can join them. |
| 0:03:04 | GUE | Are you treating them well so far, because I learned that you have let the mother go free. |
| 0:03:14 | LSJ | I used to treat them well. But now I've proven that I don't have a |

|         |     | hospital in my area, I don't have an orphanage in my house. I don't owe anyone a meal. |
|---------|-----|---|
| 0:03:22 | GUE | This means for many days now; you have not fed them. |
| 0:03:25 | LSJ | I am telling that things have changed; I am not serving food in my house. I didn't tell you that I never fed them. After all these days, this is their 9th day, they would have died. |
| 0:03:36 | GUE | I saw a video where there is a bunch of guys. I see that they were recruiting. I see the back of bunch of guys with weapons spread all over, have you guys in 400 Mawozo decided to put down your weapons and go back to your normal lives just like in the past? |
| 0:03:57 | LSJ | Lisen to what I am telling you my brother. Hear it, listen to it, we weren't born with the weapons. We didn't choose to carry weapons. We were involved in politics. We did political activities. Everyone does their political activities in their own way. The person we were supporting was no good. The next person we supported began to arrest us and put us in jail. I am going to tell you one thing. |
| 0:04:32 | GUE | Who were you supporting? Who were you supporting? |
| 0:04:33 | LSJ | Too many details. I am not going to reveal this to you yet. When I asked these guys to silence my weapons, as a reward, they came to destroy my elder's home and the homes of the less fortunate in my neighborhood. These guys are forcing me to become meaner and meaner. I told these guys when I stump my foot down the world will feel the hurt all the way to the bones. |
| 0:05:02 | GUE | **Lanmo Sanjou**, you know there are a lot of people from the catholic church who are listening to us, in fact at your home now you are holding some priests and nuns, you made a major gesture the other day, you freed the priest's mother because she was not in good health, can you tell the country today, what can they do, what are you asking so that these people can be freed. Say it for the entire country so that if there are efforts to be made, so that they can be done? |
| 0:05:30 | LSJ | They know very well what they must do. I am going to tell you one thing. …. They know what they must do, my brother. Very soon, [unclear idiom] |
| 0:05:50 | GUE | If the society, if the country wants to assist, you have to say what it is, at least they can assist. |
| 0:05:56 | LSJ | We can't make a public announcement to say what we want. This is a private issue. This is a private issue. Let me tell you something, it's the same way when you get inside a ghetto, it's a private area. Don't you have to sit and have a conversation? |
| 0:06:13 | GUE | When you talk to them, and they talk to you, what do they tell you. Don't they explain to you that they don't have the means? What can you do for them? |
| 0:06:19 | LSJ | The government, know what to do my brother. |

| 0:06:23 | GUE | So, you are negotiating with the government directly? |
|---|---|---|
| 0:06:25 | LSJ | We are not negotiating with the government, but it knows what to do. |
| 0:06:34 | GUE | Well, Lanmò I have two more questions to ask you, I know you have a lot to do, at this time, how are you organized? We see that G9 started a family they have their headquarters. Gran Ravin and 5 Seconds that have gotten together, what about you, do you have some allies in the wing. |
| 0:06:59 | LSJ | Let me tell you one thing, one thing I will tell you. Should these guys let their emotions lead them to doing the wrong thing, once they do that, I will mess it up for them and step foot on the street, I will mess it up fot them. This means I will mess it up for them. |
| 0:07:17 | GUE | This is the last question again because that's the reason we called you, we wanted to communicate with you. |
| 0:07:21 | LSJ | I hear them talk about setting up a perimeter, let them set up a perimeter and we'll see what happens. |
| 0:07:27 | GUE | Well, **Lanmo Sanjou** this is the last question we are asking you because this is what's important to us. Tell us, when you look at the people, |
| 0:07:32 | LSJ | I am so ready to make a fuss. |
| 0:07:37 | GUE | Wait a minute buddy, take a breather my friend. Let me ask you this, how are the people, their health, that's the only thing that's important to us. The country needs to know how their health is. Are they healthy? |
| 0:07:45 | LSJ | There is nothing wrong with them. They are doing well. |
| 0:07:51 | GUE | But you just said you stop feeding them. Continue to take care of them. They are people just like us, you understand. These people don't even know anything about what's going on, do you understand? |
| 0:07: 57 | LSJ | Listen, listen, listen, I told you today I decided that after today, I will no longer serve food in my house, but I didn't tell you that we are not giving these people food. If didn't feed them, after those 9 days how would they survive? |
| 0:08:14 | GUE | OK. OK. But according to some information, to free the mother, they had to pay some money, can you confirm this? |
| 0:08: 24 | LSJ | What did you say? |
| 0:08: 25 | GUE | For your group to free the mother some money was sent to you? |
| 0:08: 29 | LSJ | Let me tell you one thing. We all have mothers. We have a way to think about things. The people are saying that we are this and that. The mother was sick, as soon as possible we send the mother away. |
| 0:08: 50 | GUE | I remember you were at a funeral; I remember seeing you crying because of an old woman who died, I don't know whether that was you mother or your grandmother? |
| 0:08: 55 | LSJ | The old people are not important to us, only the French people are important to us. |

| 0:09: 01 | GUE | The French? |
|---|---|---|
| 0:09: 02 | LSJ | Yes. |
| 0:09: 03 | GUE | What does that mean? |
| 0:09: 08 | LSJ | They are the once who have made put this country in this predicament. |
| 0:09:10 | GUE | You are saying the French are the ones that are important to you, what does that mean? |
| 0:09:13 | LSJ | What did you say? |
| 0:09:17 | GUE | You said the French are the ones that are important to you, what does that mean? |
| 0:09:20 | LSJ | They owe Haiti so much money. |
| 0:09:25 | GUE | Ok, Lanmò, before we go, the country is listening to you now… |
| 0:09:28 | LSJ | They are the ones that have made Haiti the way it is now. They took the money and left…they know what to do very well… |
| 0:09:35 | GUE | The entire country is listening to you now, what are your last words for the country, for the entire nation listening to you now? |
| 0:09:40 | LSJ | The last word I have for the entire nation is not public it's a private matter. OK. |
| 0:09:47 | GUE | How about the people that are listening to us, don't you want to say anything to them? This society, this population? |
| 0:09:49 | LSJ | Even the population is congratulating me. Everyone knows that this issue of kidnapping was not in our thoughts, in our portfolio of activities. We have not done any kidnapping thus far. You understand, the song says "Bosou awa, these guys made me mad." They made me mad to my bone. |
| 0:10:10 | GUE | What do you call what you have done? |
| 0:10:12 | LSJ | The reason I have done what I have done is because they have pushed me to do it. Didn't I tell them to silence my weapons, and as a reward they came to destroy the homes of the less fortunate in the area. They came to destroy my home in this area. This would have never happened. |
| 0:10:28 | GUE | Thank you very much **Lanmo Sanjou**. Thank you very much. I was glad to have this conversation with you. **Lanmo Sanjou** said something very important, he said that the French are the once who are important to him. So why don't you free the others? |
| 0:10:44 | LSJ | The conditions have not been met. |
| 0:10:50 | GUE | Thank you very much Lanmò. Hang in there. |
| 0:10:58 | LSJ | The way I see it, your hands are tied. The game has gone to a different level. |
| 0:11:50 | GUE | It seems like you want to take some more questions, Lanmò. |
| 0:11:00 | LSJ | No. Didn't you hear what I said in the Video. My friends the issue has reached the court. The way I see it, 400 Mawozo will start a scandal. |
| 0:11:15 | GUE | Lanmò, let me tell you something. You can't be laughing while others |

|         |     |                                                                                                                                                                                                                                                 |
|---------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         |     | are suffering. Lanmò, you can't be laughing while these people's families are suffering.                                                                                                                                                        |
| 0:11:24 | LSJ | There is no such thing buddy. We don't depend on anyone other than the guy in the sky and the devil.                                                                                                                                            |
| 0:11:30 | GUE | No, but if you had some respect for the Lwas and for the Guinens….                                                                                                                                                                              |
| 0:11:34 | LSJ | But when they came to destroy the homes of the less fortunate there were no complaints right?                                                                                                                                                   |
| 0:11:39 | GUE | No, but these are not the people who destroyed the homes of the less fortunate.                                                                                                                                                                 |
| 0:11:43 | LSJ | Listen, listen…                                                                                                                                                                                                                                 |
| 0:11:44 | GUE | If you have some respect for the Guinens. If you have any respect for Ezili, if you have any respect for the big Lwas I've seen in your house, it will mean that at some point…these people don't know anything. They are priest, they are religious people. |
| 0:11:59 | LSJ | Don't forget the French people who are in this country, the president is responsible for them. The President has to say a word too.                                                                                                             |
| 0:12:06 | GUE | Thank you, **Lanmo Sanjou**.                                                                                                                                                                                                                    |