An official website of the United States government. Here's how you know

# VITEL'HOMME INNOCENT

Conspiracy to Commit Hostage Taking; Hostage Taking; Conspiracy to Commit Hostage Taking Resulting in Death; Attempted Hostage Taking Resulting in Death





View Poster

　

## Downl…

- English
- EN ESPA…
- Nan Kreyò…
- EN FRAN…

## Featured News Item:

November 15, 2023

### Vitel'Homme Innocent Added to FBI's Ten Most Wanted Fugitives List

The FBI, along with the U.S. Attorney's Office for the District of Columbia and the U.S. Department of State, announced the addition of Vitel'Homme Innocent to its Ten Most Wanted Fugitives list. A reward of up to $2…

| | |
|---|---|
| Date(s) of Birth Used | March 27, 1986 |
| Place of Birth | Haiti |
| Hair | Black |
| Eyes | Brown |
| Height | 5'7" to 5'10" |
| Weight | 150 pounds |
| Sex | Male |
| Race | Black |
| Nationality | Haitian |

**Reward:**

The United States Department of State's Transnational Organized Crime Rewards Program is offering a reward of up to $2 million for information leading to the arrest and/or conviction of Vitel'Homme Innocent.

## Caution:

Vitel'Homme Innocent, as leader of the gang Kraze Barye, allegedly worked together with the gang 400 Mawozo, in the October 2021, kidnapping of 17 Christian Missionaries in Haiti, including five children, one as yo remained captive for 61 days. The gangs demanded ransom payment for each of the victims. Additionally, under the direction of Innocent, it is alleged that in October 2022, the Kraze Barye gang kidnapped a United S kidnapping attempt.

Vitel'Homme Innocent was charged with Conspiracy to Commit Hostage Taking; Hostage Taking; Conspiracy to Commit Hostage Taking Resulting in Death; and Attempted Hostage Taking Resulting in Death by indict

### SHOULD BE CONSIDERED ARMED AND DANGEROUS

## Submit a Tip:

If you have any information concerning this person, please contact the FBI's Toll-Free tipline at 1-800-CALL-FBI (1-800-225-5324). You may also contact your local FBI office, the nearest American Embassy or Consu
**Field Office:** Miami

Submit an anonymous Tip online

| Most Wanted | News | What We Investigate | C |
|---|---|---|---|
| Ten Most Wanted | Stories | Terrorism | Fi |
| Fugitives | Videos | Counterintelligence | FE |
| Terrorism | Press Releases | Cyber Crime | Vi |
| Kidnappings / Missing Persons | Speeches | Public Corruption | O |
| Seeking Information | Testimony | Civil Rights | |
| Bank Robbers | Podcasts and Radio | Organized Crime | A |
| ECAP | Photos | White-Collar Crime | A |