An official website of the United States government. Here's how you know

# LANMO SANJOU

Conspiracy to Commit Hostage Taking; Hostage Taking





View Poster

**Download**
- English
- EN FRANÇAIS
- Nan Kreyòl



## Aliases:

Lanmo San Jou, Lamo Sanjou, Joseph Wilson

| | |
|---|---|
| Date(s) of Birth Used | February 28, 1993 |
| Place of Birth | Haiti |
| Hair | Black |
| Eyes | Brown |
| Height | 5'7" to 5'10" |
| Weight | 150 pounds |
| Sex | Male |
| Race | Black |
| Nationality | Haitian |
| Scars and Marks | Sanjou has significant scars across his body. Sanjou has the following tattoos: right calf - skull; left calf - snake; right forearm - knife; right shoulder - spider web; left arm - sleeved and cursiv |

## Reward:

The United States Department of State's Transnational Organized Crime Rewards Program is offering a reward of up to $1 million United States dollars for information leading to the arrest and/or conviction of Lanmo

## Remarks:

Sanjou has medical issues with his kidneys. He has ties to or may travel to the Dominican Republic.

**Caution:**

Lanmo Sanjou, as leader of the gang 400 Mawozo, allegedly participated in the October 2021, kidnapping of 17 Christian Missionaries in Haiti, including five children, one as young as 8 months old. The hostages wer[e] gang demanded ransom payment for each of the victims.

Lanmo Sanjou was charged with Conspiracy to Commit Hostage Taking and Hostage Taking by an indictment filed in the United States District Court for the District of Columbia.

## SHOULD BE CONSIDERED ARMED AND DANGEROUS

**Submit a Tip:**

If you have any information concerning this person, please contact your local FBI office or the nearest American Embassy or Consulate.

**Field Office:** Miami

Submit an anonymous Tip online

| Most Wanted | News | What We Investigate | C... |
|---|---|---|---|
| Ten Most Wanted | Stories | Terrorism | Fi... |
| Fugitives | Videos | Counterintelligence | FB... |
| Terrorism | Press Releases | Cyber Crime | Vi... |
| Kidnappings / Missing Persons | Speeches | Public Corruption | O... |
| Seeking Information | Testimony | Civil Rights | |
| Bank Robbers | Podcasts and Radio | Organized Crime | Ac... |
| ECAP | Photos | White-Collar Crime | Ac... |
| ViCAP | Español | Violent Crime | eF... |
| | Apps | WMD | Fr... |
| FBI Jobs | | | |