Home (/securitycouncil/) » Jimmy Cherizier

 Welcome to the United Nations (http://www.un.org/en)

عربي (/securitycouncil/ar/content/jimmy-cherizier-0)   中文 (/securitycouncil/zh/content/jimmy-cherizier)   **English (/securitycouncil/content/jimmy-cherizier)**
Français (/securitycouncil/fr/content/jimmy-cherizier)   Русский (/securitycouncil/ru/content/jimmy-cherizier)   Español (/securitycouncil/es/content/jimmy-cherizier)

# Jimmy Cherizier

In accordance with paragraph 18 of resolution 2653 (2022) concerning Haiti, the Security Council Committee established pursuant to resolution 2653 (2022) concerning Haiti makes accessible a narrative summary of reasons for the listing for individuals and entities included in the sanctions list.

HTi.001
Jimmy Cherizier
**Date on which the narrative summary became available on the Committee's website:** 21 October 2022
**Reason for listing:**
Jimmy Cherizier has engaged in acts that threaten the peace, security, and stability of Haiti and has planned, directed, or committed acts that constitute serious human rights abuses.

**Additional information:**
Jimmy Cherizier is one of Haiti's most influential gang leaders and leads an alliance of Haitian gangs known as the "G9 Family and Allies."
 While serving as an officer in the Haitian National Police (HNP), Cherizier planned and
participated in the November 2018 deadly attack against civilians in a Port-au-Prince neighborhood known as La Saline. During this attack, at least 71 people were killed, over 400 houses were destroyed, and at least seven women were raped by armed gangs. Throughout 2018 and 2019, Cherizier led armed groups in coordinated, brutal attacks in Port-au-Prince neighborhoods. In May 2020, Cherizier led armed gangs in a five-day attack in multiple Port-au-Prince neighborhoods in which civilians were killed and houses were set on fire. As of October 11, 2022, Cherizier and his G9 gang confederation are actively blocking the free movement of fuel from the Varreux fuel terminal – the largest in Haiti.  His actions have directly contributed to the economic paralysis and humanitarian crisis in Haiti.

**UNITED NATIONS (HTTP://WWW.UN.ORG/EN)**

A-Z Site Index (http://www.un.org/en/sections/about-website/z-site-index/) │ Contact (http://www.un.org/en/contact-us/) │
Copyright (http://www.un.org/en/sections/about-website/copyright/) │ FAQ (http://www.un.org/en/sections/about-un/frequently-asked-questions/) │
Fraud Alert (http://www.un.org/en/sections/about-website/fraud-alert/) │ Privacy Notice (http://www.un.org/en/sections/about-website/privacy-notice/) │
Terms of Use (http://www.un.org/en/sections/about-website/terms-use/)