

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____

Date: __3/18/2024____

I __Faidherbe Boyer___, hereby certify that I translated the attached document(s) from French into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both the French and English languages to render such translation.

1- Le journaliste Guerrier Henri sera poursuivi en justice par le sénateur Jean Marie Salomon
2- Guerrier Henri invité au parquet de Port-au-Prince !
3- Guerrier Henri attendu au Parquet de Port-au-Prince pour incitation à la violence
4- Emancipation FM tweet #2
5- Radio Télé Métronome tweet #3
6- Ministry of Justice document #1
7- Ministry of Justice document #2

Signature_____*F. Boyer*_____

Sworn to and subscribed before me by means of ___ physical presence or ___ online notarization, this __18th__ day of _____March_____  __2024____,
by _____, ☐Personally known to me or ☐Produced identification.
Type of identification_____   ID No. _____

_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026

| Tweet #3 | |
|---|---|
| **FRENCH** | **ENGLISH** |
| Guerrier Henry fait amende honorable pour avoir pris l'habitude de donner la parole aux bandits. Le journaliste qui reconnait enfin que les malfrats sont en quête de légitimité, dit regretter d'avoir participé à leur promotion. Le présentateur de Boukante Lapawol dit s'engager à ne plus continuer dans cette voir. #metronomehaiti | Guerrier Henry makes amends for his practice of giving interviews to thugs. The journalist, who finally recognizes that thugs are in search of legitimacy, says he regrets having participated in their promotion. The Boukante Lapawòl presenter pledges not to carry on this practice. |

← Post

Radio Télé Métronome ✓
@Radio_Metronome

@Radio_Metronome

> Guerrier Henry fait amende honorable pour avoir pris l'habitude de donner la parole aux bandits. Le journaliste qui reconnaît enfin que les malfrats sont en quête de légitimité, dit regretter d'avoir participé à leur promotion. Le présentateur de Boukante Lapawòl dit s'engager à ne plus continuer dans cette voie.#metronomehaiti

5:41 PM · Aug 7, 2022

**9** Reposts   **7** Quotes   **59** Likes

New to X?
Sign up now to get your own personalized

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Radio Télé Métronome ✓
@Radio_Metronome
Radio metronome 97.5 veut la fierté a la cité d'Alcibiade Pommayrac.

Something went wrong. Try reloading.

Retry

Terms of Service   Privacy Policy   Cookie
Accessibility   Ads info   More···   © 2024

Don't miss what's happening
People on X are the first to know.

Log in   Sign up

Settings