

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____

Date: _3/18/2024_____

I __Faidherbe Boyer___, hereby certify that I translated the attached document(s) from French into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both the French and English languages to render such translation.

1- Le journaliste Guerrier Henri sera poursuivi en justice par le sénateur Jean Marie Salomon
2- Guerrier Henri invité au parquet de Port-au-Prince !
3- Guerrier Henri attendu au Parquet de Port-au-Prince pour incitation à la violence
4- Emancipation FM tweet #2
5- Radio Télé Métronome tweet #3
6- Ministry of Justice document #1
7- Ministry of Justice document #2

Signature_____F. Boyer_____

Sworn to and subscribed before me by means of ___ physical presence or ✓ online notarization, this __18th__ day of _____March_____ __2024____,
by _____, ☐Personally known to me or ☐Produced identification.
Type of identification_____  ID No. _____

_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026



**RÉPUBLIQUE D'HAÏTI**
**MINISTÈRE DE LA JUSTICE**
**ET DE LA SÉCURITÉ PUBLIQUE**

No. _____

Port-au-Prince, le 12/01/2024

Au
Sieur Guerrier HENRI
En Ville.-

Monsieur,

  Le Commissaire du Gouvernement près le Tribunal de Première Instance de Port-au-Prince vous invite à vous présenter au Parquet de ce ressort, le Mardi que l'on comptera **16 janvier 2024**, dès dix heures du matin, en vue de répondre sur la promotion de la criminalité, l'incitation à la violence et le complot contre la sûreté intérieure de l'Etat faites par vous lors de l'émission boukante lapawol à la Radio Méga.

  Fait au Parquet, les jour, mois et an que dessus.

Mag Elysée Fenelon
_____
Elysée **FENELON**, Mag
S/Commissaire du Gouvernement

**[STAMP]**
REPUBLIC OF HAITI
MINISTRY OF JUSTICE
AND PUBLIC SAFETY

No. _____                                              Port-au-Prince, on 01/12/24

To
Mr. Guerrier HENRI
In the City.-

Mr,

      The Government Representative at the Court of First Instance of Port-au-Prince request that you appear at the Prosecutor's Office of this jurisdiction, on Tuesday, **January 16, 2024**, at 10:00 am, in order to respond to charges of promotion of criminality, incitement to violence and conspiracy against national security made by you during the Boukante Lapawòl broadcast on Radio Mega.

      Issued by the court, on the day, month and year above

*[stamp] [Illegible Signature]*
Elysée FENELON, Mag
S/Government Representative