

**CreoleTrans**
A Professional Translation Service
1125 NE 125 Street, Suite #102 – Miami, FL 33161 – Tel: (305) 754-4348
www.creoletrans.com

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____

Date: _3/18/2024___

I __Faidherbe Boyer__, hereby certify that I translated the attached document(s) from French into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both the French and English languages to render such translation.

1- Le journaliste Guerrier Henri sera poursuivi en justice par le sénateur Jean Marie Salomon
2- Guerrier Henri invité au parquet de Port-au-Prince !
3- Guerrier Henri attendu au Parquet de Port-au-Prince pour incitation à la violence
4- Emancipation FM tweet #2
5- Radio Télé Métronome tweet #3
6- Ministry of Justice document #1
7- Ministry of Justice document #2

Signature____*F. Boyer*_____

Sworn to and subscribed before me by means of ___ physical presence or ___ online notarization, this __18th__ day of _____March_____ ___2024____,
by _____, ☐Personally known to me or ☐Produced identification.
Type of identification_____ ID No. _____

_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026

FRENCH                                                              ENGLISH

| **Tweet #2** | |
| **FRENCH** | **ENGLISH** |
| Haiti/Criminalité : Guerrier Henri est attendu au Parquet de Port au Prince, ce mardi 16 Janvier 2024, 10 hres am. Il est poursuivi pour les crimes de promotion de la criminalité, l'incitation a la violence et complot contre la sureté intérieure de l'Etat, dit le Parquet. | Haiti/Crime : Guerrier Henri is expected at the Prosecutor's office in Port-au-Prince, this Tuesday, January 16th, 2010, at 10 :00 am. He is being prosecuted for promoting crimes, inciting violence, and plotting against national security, according to the Public Prosecutor's Office. |



Settings

← Post



Émancipation FM (90.7) PauP, Haiti
@telemancipation

Haiti/Criminalité: Guerrier Henri est attendu au Parquet de Port au Prince, ce mardi 16 janvier 2024, 10 hres am.  Il est poursuivi pour les crimes de promotion de la criminalité, l'incitation à la violence et complot contre la sûreté intérieure de l'Etat, dit le Parquet.

Translate post



5:45 PM · Jan 15, 2024 · **485** Views

**1** Repost  **1** Like  **1** Bookmark

New to X?
Sign up now to get your own personalize

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of
Privacy Policy, including Cookie Use.

**Relevant people**



Émancipation FM (90.7) P
@telemancipation
Propriété de l'Université So

Something went wrong. Try re

 Retry

Terms of Service   Privacy Policy   Coo
Accessibility   Ads info   More   © 20

Don't miss what's happening
People on X are the first to know.

Log in   Sign

