

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____

Date: _3/18/2024___

I __Faidherbe Boyer___, hereby certify that I translated the attached document(s) from French into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both the French and English languages to render such translation.

  1- Le journaliste Guerrier Henri sera poursuivi en justice par le sénateur Jean Marie Salomon
  2- Guerrier Henri invité au parquet de Port-au-Prince !
  3- Guerrier Henri attendu au Parquet de Port-au-Prince pour incitation à la violence
  4- Emancipation FM tweet #2
  5- Radio Télé Métronome tweet #3
  6- Ministry of Justice document #1
  7- Ministry of Justice document #2

Signature_____*F. Boyer*_____

Sworn to and subscribed before me by means of ___ physical presence or ___ online notarization, this __18th__ day of _____March_____ __2024____,
by _____, ☐Personally known to me or ☐Produced identification.
Type of identification_____   ID No. _____

_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026

| **Article 3** | |
|---|---|
| **FRENCH** | **ENGLISH** |
| **Guerrier Henri invité au parquet de Port-au-Prince !** | **Guerrier Henri is invited to the Prosecutor's Office in Port-au-Prince !** |
| (TripFoumi Enfo) – Haïti est sous l'emprise des gangs armés. Des personnalités politiques, économiques et médiatiques auraient de bonnes relations avec ces malfrats. Le journaliste Guerrier Henri est invité au parquet de Port-au-Prince le mercredi premier février 2023 afin de répondre aux questions du Commissaire Lafontant, selon la Radio Télé Émancipation. | Haïti is under the grip of armed gangs. Some Political, business, and media personalities have established good relations with the thugs. The journalist Guerrier Henri is invited to the Prosecutor's office in Port-au-Prince on Wednesday, February first, 2023, to answer some question by Government Representative Lafontant, according to Radio Télé Émancipation. |
| Le professionnel de l'information est accusé d'entretenir des relations privilégiées avec des bandits armés, toujours selon un tweet de la radio Émancipation FM. Par ailleurs, dans l'une de ses émissions, il avait demandé pardon au public pour avoir tendu son micro aux différents chefs de gang qui terrorisent la population, notamment Krisla qui dirige Tibwa ainsi que le puisant chef de gang "Kraze Baryè" activement recherché par la justice américaine pour enlèvement et séquestration de plusieurs citoyens américains, Vitelhomme Innocent. | The media professional is accused of maintaining special relations with armed thugs, according to a tweet from radio Emancipation FM. In fact, during one of his broadcasts, he asked the listeners for forgiveness for allowing several gang leaders, who were terrorizing the population, to speak on his show, especially Krisla the leader of Tibwa as well as the powerful gang leader of "Kraze Baryè" Vitelhomme Innocent actively sought after by the American Justice system for kidnapping several American citizens. |
|  |  |
| Toujours selon la radio Émancipation FM, son dossier serait sur le point d'être transféré au cabinet d'instruction. Les chefs d'accusation sont : recel, complicité et relations privilégiées avec des gangs armés, toujours d'après Émancipation FM, une radio diffusion à Port-au-Prince. | According to radio Émancipation FM, his case was on the verge of being referred to the Investigating Magistrate's office. The principal charges are theft, collusion, and special relationship with armed gangs, according to Émancipation FM, a radio station in Port-au-Prince. |
| Plusieurs personnalités politiques et économiques sont déjà sanctionnées par le Canada et les États-Unis pour leur implication présumée dans le financement des gangs et le détournement d'argent et autres actes de corruption. | Several political and business personalities have already been sanctioned by Canada and the US for their alleged involvements in gang financing, money laundering and other acts of corruption. |
| Certains journalistes en Haïti qualifient les chefs de gang d'être victimes de la société. Ils sont aussi des agents sociaux ou communautaires | Some journalists in Haiti describe the gang leaders as victims of Haitian society. They are also described as social or community or even |

| | |
|---|---|
| ou encore agents de développement. | development agents. |
| L'article a été modifié par notre équipe de rédaction accompagné du tweet de la station précitée et le mandat d'invitation du Commissaire du Gouvernement. | This article was modified by our writing team accompanied by a tweet from the station listed and the invitation letter from the Government Representative. |

`Haïti`  `Gang`

# Guerrier Henri invité au parquet de Port-au-Prince !


TripFoumi Enfo • janvier 31, 2023

🔖 1 minute de lecture





(TripFoumi Enfo) – Haïti est sous l'emprise des gangs armés. Des personnalités politiques, économiques et médiatiques auraient de bonnes relations avec ces malfrats. Le journaliste Guerrier Henri est invité au parquet de Port-au-Prince le mercredi premier février 2023 afin de répondre aux questions du Commissaire Lafontant, selon la Radio Télé Émancipation.

❝

> Guerrier Henri est invité au Parquet de PauP. Selon une source digne de foi, son dossier pourrait être transmis au Cabinet d'instruction pour recel, complicité, relations d'affaires privilégiées avec des Gangs armés/#childsupport Tande 👉 https://t.co/AZ08V5G2CK pic.twitter.com/HMfWisKBeB
>
> — Émancipation FM (90.7) PauP, Haiti (@telemancipation) January 31, 2023

Le professionnel de l'information est accusé d'entretenir des relations privilégiées avec des bandits armés, toujours selon un tweet de la radio Émancipation FM. Par ailleurs, dans l'une de ses émissions, il avait demandé pardon au public pour avoir tendu son micro aux différents chefs de gang qui terrorisent la population, notamment Krisla qui dirige Tibwa ainsi que le puisant chef de gang "Kraze Baryè" activement recherché par la justice américaine pour enlèvement et séquestration de plusieurs citoyens américains, Vitelhomme Innocent.

- Une personne blessée par balle, une autre kidnappée en plein culte d'adoration à la Première Église Baptiste de Port-au-Prince
- Indexé par l'ULCC pour détournement de biens publics, Joseph Lambert invité au Parquet de Port-au-Prince
- Indexé par l'ULCC pour détournement de biens publics, Hervé Fourcand convoqué au Parquet de Port-au-Prince
- Willot Joseph invité au Parquet de Mirebalais suite à ses dénonciations dans le dossier de Néhémie Joseph

Toujours selon la radio Émancipation FM, son dossier serait sur le point d'être transféré au cabinet d'instruction. Les chefs d'accusation sont : recel, complicité et relations privilégiées avec des gangs armés, toujours d'après Émancipation FM, une radio diffusion à Port-au-

Prince.

Plusieurs personnalités politiques et économiques sont déjà sanctionnées par le Canada et les États-Unis pour leur implication présumée dans le financement des gangs et le détournement d'argent et autres actes de corruption.

Certains journalistes en Haïti qualifient les chefs de gang d'être victimes de la société. Ils sont aussi des agents sociaux ou communautaires ou encore agents de développement.



L'article a été modifié par notre équipe de rédaction accompagné du tweet de la station précitée et le mandat d'invitation du Commissaire du Gouvernement.

Taboola Feed

### Doctor Finally Shows The Public Famous Tummy...

Dr. Kellyann | Sponsorisé