**Date:** Wed, 24 Apr 2024 10:46:09 -0400
**To:** "Daniel Szalkiewicz" <daniel@lawdss.com>
**Subject:** Henri v Thelus,
**From:** "Richard A. Altman" <altmanlaw@earthlink0net>
**Organization:** Attorney at Law

Good morning Daniel,

We must file our Initial Pretrial materials tomorrow. So here is my draft letter, and the conference form. Please provide me with your submissions for inclusion, and I will file both tomorrow.

Thank you,

Richard

--
Law Office of Richard A. Altman
150 East 56th Street, Suite 12B
New York, New York 10022
Tel. & Fax 212.633.0123
www.altmanlaw.nyc

**To:** altmanlaw@earthlink.net
**From:** "Daniel Szalkiewicz" <daniel@lawdss.com>
**Date:** Wed, 24 Apr 2024 10:46:15 -0400
**Subject:** Automatic reply: Out of Office Re: Henri v Thelus,

I am out of the office on trial with limited access to voice and email.  If you have an emergency, please contact Cali Madia at cali@lawdss.com.  Otherwise, I will respond as soon as I can upon my return.

--

*Very Truly Yours,*

*Daniel S. Szalkiewicz, Esq.*

*\*Daniel Szalkiewicz & Associates, P.C.\**
*23 West 73rd Street, Suite 102*
*New York, New York 10023*
*Tel:  (212) 706-1007*
*Direct Dial: (212) 760-1007*
*Cell: (929) 373-2735*
*Fax: (646) 849-0033*

**Organization:** Attorney at Law
**Subject:** Henri v Thelus,
**Date:** Wed, 24 Apr 2024 10:52:08 -0400
**To:** "cali@lawdss.com" <cali@lawdss.com>
**From:** "Richard A. Altman" <altmanlaw@earthlink.net>

Good morning,

I just sent this email to Mr. Szalkiewicz, and got an automatic response. So please let me know how we are going to proceed.

We must file our Initial Pretrial materials tomorrow. So here is my draft letter, and the conference form. Please provide me with your submissions for inclusion, and I will file both tomorrow.

Thank you,

Richard

--
Law Office of Richard A. Altman
150 East 56th Street, Suite 12B
New York, New York 10022
Tel. & Fax 212.633.0123
www.altmanlaw.nyc