USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUERRIER HENRI,

                        Plaintiff,

-against-

THERIEL THELUS & SENET D. ACHILL,

                        Defendants.

24-CV-329 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 3, 2024, the parties appeared before the Court for an Initial Pretrial Conference.

IT IS HEREBY ORDERED that Plaintiff's deadline to respond to Defendants' Motion to Dismiss or to amend the Complaint is **May 10, 2024**. If Plaintiff amends the Complaint, Defendants' response must be filed no later than **May 31, 2024**. If Defendants file a Motion to Dismiss, Plaintiff's response must be filed no later than **June 28, 2024**, and Defendants' reply will be due **July 12, 2024**.

IT IS FURTHER ORDERED that discovery is STAYED pending a decision on the pending Motion to Dismiss, Dkt. 20.

**SO ORDERED.**

Dated: May 3, 2024
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**