# EXHIBIT A

**RÉPUBLIQUE D'HAÏTI**

## Ministère de la Justice et de la Sécurité Publique

Parquet du Tribunal Civil de ...P... au P...

N°............                                   Le..30./.01./........2023.

Monsieur Guerrier HENRY
Animateur de l'émission « BOUKANTE LAPAWOL »
En son Bureau,-

Monsieur

    Le Commissaire du Gouvernement près le Tribunal de Première Instance de Port-au-Prince vous présente ses compliments et vous invite à vous présenter au Parquet du Ressort le mercredi que l'on comptera premier (1°) Février deux mille vingt-trois (2023) dès dix (10) heures du matin.

Le Commissaire du Gouvernement agissant en sa qualité de garant de l'ordre social, constate dans l'une de vos récentes émissions des dérives considérables qui risquent de mettre en péril la paix publique. Ces écarts violent les règles élémentaires servant de base à l'exercice de la noble profession de journaliste et les prescrits des articles 28-2, 2eme alinéa, 28-3 de la Constitution et les dispositions des articles 64, 67, 313 et suivants du code pénal haïtien.

Civilités

Me Jacques LAFONTANT
Commissaire du Gouvernement

Case 1:24-cv-00329-VEC   Document 25-1   Filed 05/10/24   Page 3 of 4

 

# REPUBLIC OF HAITI

## Ministry of Justice and Public Security

Public Prosecutor's Office of : ....P au P .....

No.........           on 01/30/2023.

Mr Guerrier HENRY  
Anchor of the radio program " BOUKANTE LAPAWOL"  
In his office, -

Dear Mr.

    The Government Commissioner of the First Instance Court of Port-au-Prince presents his compliments and invites you to appear at the Public Prosecutor's Office on Wednesday, February 1, two thousand and twenty-three (2023), at ten (10) o'clock in the morning.

The Government Commissioner, acting in his capacity as guarantor of social order, has noted considerable deviations in one of your recent broadcasts, which could jeopardize public peace. These deviations violate the basic rules governing the exercise of the noble profession of journalist, as well as the provisions of sections 28-2, 2nd paragraph, 28-3 of the Constitution and sections 64, 67, 313 onwards of the Haitian Penal Code.

Greetings

                                        Signature      Stamp [Illegible]

**Mr Jacques LAFONTANT**  
**Government Commissioner**

# Certification of Translation Accuracy

Translation of **An Invitation To The Public Prosecutor's Office** from **French** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

_____
Mike Bortscheller
Authorized Representative
Order Date: January 4, 2024

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

Order #85459-3286205                                          Page 1 of 4