# EXHIBIT B

 

# Certification of Translation Accuracy

Translation of **Article** from **French** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

_____
Mike Bortscheller
Authorized Representative
Order Date: January 7, 2024

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

 

Guerrier Henri summoned by the court of Port-au-Prince for complicity and contact with armed gangs.

TripFoumi Enfo – January 31, 2023                              1-minute reading time.

(TripFoumi Enfo) – Haiti is under the influence of armed gangs. Several political, economical and media personalities would be having good relationships with these criminals. It is in this context that the journalist Guerrier Henri was summoned by the Court of Port-au-Prince according to the Radio Télé Emancipation.

The information professional was accused of having links with armed bandits. In one of his declarations, he had asked for forgiveness for giving the floor to known criminal during his show.

His file is rumored to be transferred to the Judicial Investigation Office. The charges are: receiving stolen goods, complicity and privileged relationships with armed gangs, according to the previously cited station.

22/11/2023 13:45   Guerrier Henri Invité Au Parquet De Port-au-Prince Pour Complicité Et Relations Avec Des Gangs Armés

# Guerrier Henri invité au parquet de Port-au-Prince pour complicité et relations avec des gangs armés

 TripFoumi Enfo   janvier 31, 2023                                              1 minute de lecture



(TripFoumi Enfo) – Haïti est sous l'emprise des gangs armés. Des personnalités politiques, économiques et médiatiques auraient de bonnes relations avec ces malfrats. C'est dans ce contexte que le journaliste Guerrier Henri a été invité au parquet de Port-au-Prince, selon la Radio Télé Émancipation.

Le professionnel de l'information avait été accusé d'avoir des liaisons avec des bandits armés. Dans l'une de ses sorties, il avait demandé pardon par le fait qu'il donnait la parole, dans son émission, à des criminels notoires.

Son dossier serait sur le point d'être transféré au cabinet d'instruction. Les chefs d'accusation sont : recel, complicité et relations privilégiées avec des gangs armés, selon la station précitée.