# EXHIBIT C



**RÉPUBLIQUE D'HAÏTI**
Ministère de la Justice et de la Sécurité Publique
Parquet près le Tribunal de Première Instance de Port-au-Prince

No............   Le................30/08/........2023.

## CERTIFICAT DE GREFFE

Le Greffe du Parquet près le Tribunal de Première Instance de Port-au-Prince certifie par la présente, qu'après recherches effectuées dans le registre de Plainte dudit Parquet de juillet 2022 à date, qu'aucune plainte n'a été déposée contre le sieur **Guerrier HENRI**, identifié au numéro : 006-549-520-1.

En foi de quoi, ce certificat lui est délivré pour servir et valoir ce que de droit.

Fait au Greffe du Parquet de Port-au-Prince, le 30 août 2023.

Me. Geordany ZAMOR
Commis Parquet en Chef

 

[LOGO]

# HAITI REPUBLIC
## Department of justice and of public health
### Prosecutor's Office at the Court of First Instance of Port-au-Prince

**No.**                                                                                                  **On 08/30/2023.**

## CLERK'S CERTIFICATE

The Registry of the Prosecutor's Office at the Court of First Instance of Port-au-Prince hereby certifies that, after research carried out in the Complaint register
of the said Prosecutor's Office from July 2022 to date, no complaint has been filed against Mr. **Guerrier HENRI**, identified at number: 006-549-520-1.

    In witness whereof, this certificate is issued to him for all legal intents and purposes.

    Issued at the Registry of the Public Prosecutor's Office of Port-au-Prince, on August 30, 2023.

[STAMP: PORT-AU-PRINCE
PROSECUTOR'S OFFICE]
[SIGNATURE]
Mr. Geordany ZAMOR
Chief Public Prosecutor's Office

# Certification of Translation Accuracy

Translation of **Clerk's Certificate** from **French** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

_____
Mike Bortscheller
Authorized Representative
Order Date: January 9, 2024

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States