**CERTIFICATION**

I hereby certify that this is, to the best of my knowledge and belief, a true and accurate translation into ....English.... of the ....Haitian Creole Audio Document.... of ............................, written in............................

**Fequiere Moncy**
**Translator** _[signature: Moncy]_

Sworn to before me on this....8th....day of....May....2024 by Fequiere Moncy, who is personally known to me.

Signature of Notary Public, State of Florida

_[signature]_

Notary Public State of Florida
Harrys H Latortue
My Commission HH 447944
Expires 9/25/2027

Audio Translation

VOICE: THERIEL THELUS

DATE: DECEMBER 21, 2022

Ladies and gentlemen, last week, at nightfall, as you know, I'm always out in the field, watching the guys.

And as I got to the rear of EDH, at The Bi-Centenaire, I spotted a white pickup standing guard with three men in it, and then I saw one man carrying a long firearm.

Listen, ladies and gentlemen

And I spotted a man carrying a long firearm, and he is standing guard by EDH with three other guys.

When I did a double take to find out who they were, you know, I am across from the guys, I never lose sight of them, they can't see me

And when I did a double take wondering who is that dude, who is he?

Ladies and gentlemen, an artist of the land again, a publicist, a professional indeed.

By the way, he is a guy who has been under contract with national companies for a long time.  A publicist.  Can you imagine this man joining a company to do advertising for them all the while being a gang member?

Now you understand why lots of employees have been kidnapped and no one knows how that happens.

I told you that this afternoon my health is not OK, but I said to myself if I don't talk to the nation…I don't want more time to go by without me talking.

And even if I didn't, even if I die, remember that I told this truth.

Because, Haiti has been destabilized.  It is because our so-called leaders are irresponsible.

Didn't I tell you that DCPJ arrested Ed Lazard and then released him? It goes to show that DCPJ did not investigate those people. That I have no doubt about.

I don't care what people will write, "Ah TT, don't do that." I did nothing.

If you arrest Ed Lazarre and then you release him, it is proof that you do not have any information about those people, as simple as that, as I state that he is a kidnapper. I have no doubt about that. Period. OK?

If you go there now, you will find him at the base of Izo Senk Segonn.

Listen.

As I got there and looked on, who is the person out there? The publicist of the land.

That was a shock.

Well, when I let that thing out, people had to swallow some water.

Sexy. You don't know Sexy? If you don't know Sexy, well, you know nobody in this country.

A well-known publicist. Sexy.

As we speak at this moment, Sexy does not do advertising anymore. Radio stations have called him to hire him. And he is so good in that field that he makes extraordinary demands.

Well, from what I know, back in July, it seems that he went to a party over there in the Village. And when he got there, he found that things were rather rosy. Apparently, he decided not to come back to the outside world.

He spent some time at Grand Ravin. He came down to Village de Dieu. He was provided with women, housing, money.

He joined the base. He was given weapons.

As we speak, Sexy is an active member of Senk Segonn, at Village de Dieu, the gang led by Izo.

My health is not too good.

I will bring you photos of Sexy.

Many of you know Sexy.

Those dudes are living comfortably.  They're blowing their money.  They may be here today, in the Dominican Republic tomorrow, back home the day after.

With no worries.

Because those guys use their status as so-called artists, publicists, radio hosts, and known ràbòday as a front.

You will notice that in Izo's video, Izo covers his face, the ladies cover their faces, but *he* does not cover his face.  He is the artist of the land.

I am here to tell you that this artist of the land is also the kidnapper of the land.

You should not do that to the country, guys.

Can you imagine how many artists have fallen victims to those guys?

Can you imagine how many people have fallen victims?


Fequiere Moncy
Translator