# EXHIBIT F





+1 206-672-5052 I support@rushtranslate.com

# Certification of Translation Accuracy

Translation of **An Invitation To The Public Prosecutor's Office** from **French** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Mike Bortscheller
Authorized Representative
Order Date: January 4, 2024

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States





Haiti          Gang

## Guerrier Henri Invited To The Port-au-Prince Public Prosecutor's Office!

logo

TripFoumi Enfo          January 31, 2023          1minute of reading

Image [Photo]

(TripFoumi Enfo) – Haiti is in the grip of armed gangs. Political, economic and media figures have apparently good relations with these thugs. Journalist Guerrier Henri has been invited to the Port-au-Prince public prosecutor's office on Wednesday, February 1, 2023, to answer questions from Police Commissioner Lafontant, according to Radio Télé Émancipation.

https://www.tripfoumi.com/blog/2023/01/31/ Guerrier Henri Invited To The Port-au-Prince Public Prosecutor's Office - suspected of gang affiliation/

1/4/24, 12 :40 PM                Guerrier Henri Invited To The Port-au-Prince Public Prosecutor's Office!

Order #85459-3286205                                                    Page 2 of 4

 

The news professional is accused of having privileged relations with armed bandits, according to a tweet from radio Émancipation FM. In one of his broadcasts, he had asked the public to forgive him for having given his microphone to the various gang leaders who terrorize the population, notably Krisla, head of Tibwa, and Vitelhomme Innocent, the powerful "Kraze Baryè" gang leader actively wanted by the US judicial authorities for the kidnapping of several American citizens.

- Ariel Henry demands the dismissal of the Port-au-Prince Government Commissioner

- Former senator Wanique Pierre invited to Port-au-Prince prosecutor's office for embezzlement of public funds

- Mackenson Saint-Cyr, civil engineering student shot dead in Port-au-Prince

- One person injured by gunshot, another kidnapped during worship service at the First Baptist Church of Port-au-Prince

According to Émancipation FM radio, his case is about to be transferred to the examining magistrate's office. The charges are: receiving stolen goods, complicity and privileged relations with armed gangs, as reported by Émancipation FM, a radio station broadcasting in Port-au-Prince.

Several political and economic figures have already been sanctioned by Canada and the United States for their alleged involvement in gang financing, embezzlement and other acts of corruption.

Some journalists in Haiti describe gang leaders as victims of society. They are also social, community or development agents.

https://www.tripfoumi.com/blog/2023/01/31/ Guerrier Henri Invited To The Port-au-Prince Public Prosecutor's Office - suspected of gang affiliation/

1/4/24, 12 :40 PM          Guerrier Henri Invited To The Port-au-Prince Public Prosecutor's Office !

Logo

 

<u>REPUBLIC OF HAITI</u>

# Ministry of Justice and Public Security
*Public Prosecutor's Office of : ....P au P …..*

N<u>o</u>…….....                                    on 01/30/2023.


Mr Guerrier HENRY
Anchor of the radio program '' BOUKANTE LAPAWOL''
In his office, -

Dear Mr.              The Government Commissioner of the First Instance Court of Port-au-Prince presents his compliments and invites you to appear at the Public Prosecutor's Office on Wednesday, February 1, two thousand and twenty-three (2023), at ten (10) o'clock in the morning.

The Government Commissioner, acting in his capacity as guarantor of social order, has noted considerable deviations in one of your recent broadcasts, which could jeopardize public peace. These deviations violate the basic rules governing the exercise of the noble profession of journalist, as well as the provisions of sections 28-2, 2nd paragraph, 28-3 of the Constitution and sections 64, 67, 313 onwards of the Haitian Penal Code.


 Greetings

|  |  |
|---|---|
| Signature | <u>Stamp</u><br>[Illegible] |

**Mr Jacques LAFONTANT**
**Government Commissioner**


The press release was modified by our editorial team, along with a tweet from the aforementioned station and the invitation letter from the Government Commissioner.