```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUERRIER HENRI,

                Plaintiff,

-against-

THERIEL THELUS & SENET D. ACHILL,

                Defendants.

24-CV-329 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 12, 2024, Defendants filed a Motion to Dismiss, *see* Dkt. 20; and

    WHEREAS on May 10, 2024, Plaintiff filed the First Amended Complaint, *see* Dkt. 25.

    IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is DENIED as moot in light of Plaintiff's Amended Complaint.

    The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 20.

**SO ORDERED.**

Dated:   May 13, 2024
            New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**