UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUERRIER HENRI,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>THÉRIEL THÉLUS and SENET D. ACHILL,<br><br>　　　　　　　　Defendants. | Case No.: 24-cv-00329 |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Daniel S. Szalkiewicz dated May 31, 2024 and the exhibits annexed thereto, defendants THÉRIEL THÉLUS and SENET D. ACHILL (collectively, the "Defendants"), by their undersigned attorneys, will move this Court at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 443, New York, New York, before the Honorable Valerie E. Caproni, United States District Judge, for an order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing plaintiff Guerrier Henri's Amended Complaint dated May 10, 2024 (Dkt. No. 25) in its entirety (or, in the alternative, in part as to certain individual defendants) with prejudice; and further relief the Court may deem just and proper.

Dated:　New York, New York
　　　　May 31, 2024

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Daniel S. Szalkiewicz*
　　　　　　　　　　　　　　　　　　　　　Daniel S. Szalkiewicz, Esq.
　　　　　　　　　　　　　　　　　　　　　Cali P. Madia, Esq.
　　　　　　　　　　　　　　　　　　　　　Daniel Szalkiewicz & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Theriel Thelus and Senet D. Achill*
　　　　　　　　　　　　　　　　　　　　　23 West 73rd Street, Suite 102
　　　　　　　　　　　　　　　　　　　　　New York, NY 10023
　　　　　　　　　　　　　　　　　　　　　Tel: (212) 706-1007
　　　　　　　　　　　　　　　　　　　　　Fax: (646) 849-0033
　　　　　　　　　　　　　　　　　　　　　daniel@lawdss.com