UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUERRIER HENRI,

                Plaintiff,

-against-

THÉRIEL THÉLUS and SENET D. ACHILL,

                Defendants.

Case No.: 24-cv-00329

DANIEL S. SZALKIEWICZ declares as follows:

1. I am a partner at the law firm of Daniel Szalkiewicz & Associates, P.C., attorneys for defendants THÉRIEL THÉLUS and SENET D. ACHILL ("Defendants") in the above-captioned action. I submit this declaration in support of Defendants' motion to dismiss.

2. Attached hereto as Exhibit 1 is a certified translation of a radio interview between Plaintiff and Vitelhomme available at: https://www.youtube.com/watch?v=HHQcWNEPSOU.

3. Attached hereto as Exhibit 2 is a certified translation of a radio interview between Plaintiff and Lanmo Sanjou available at: https://www.youtube.com/watch?v=ee94pgUNKA8.

4. Attached hereto as Exhibit 3 is a certified translation of a radio interview between Plaintiff and Jimmy Cherizier a.k.a. BBQ available at: https://www.youtube.com/watch?v=B3izuYSFVa0.

5. Attached hereto as Exhibit 4 is a certified translation of a radio interview between Plaintiff and Krisla available at: https://www.youtube.com/watch?v=bnAU0dLWODM.

6. Attached hereto as Exhibit 5 is a true and accurate copy of the FBI's Ten Most Wanted Fugitive list concerning Vitel'Homme Innocent at: https://www.fbi.gov/wanted/topten/vitelhomme-innocent.

7. Attached hereto as Exhibit 6 is a true and accurate copy of the FBI's Ten Most Wanted Fugitive list concerning Lanmo Sanjou at: https://www.fbi.gov/wanted/additional/lanmo-sanjou.

8. Attached hereto as Exhibit 7 is a true and accurate copy of a press release from the United Nations Security Council regarding Jimmy Cherizier a/k/a BBQ available at: https://www.un.org/securitycouncil/content/jimmy-cherizier.

9. Attached hereto as Exhibit 8 is a true and accurate copy of a Tweet published by Radio Télé Métronome on August 7, 2022 available at: https://twitter.com/Radio_Metronome/status/1556395037658857473 together with the certified translation.

10. Attached hereto as Exhibit 9 is a true and accurate copy of a letter dated January 12, 2024 with the certified translation.

11. Attached hereto as Exhibit 10 is a true and accurate copy of a Tweet published by TelEmancipation on January 31, 2023 available at: https://twitter.com/telemancipation/status/1620510183842775042?s=46&t=9iM4JjF7xphm1WYMlac9iQ together with the certified translation.

12. Attached hereto as Exhibit 11 is a certified translation of of the article published by Tripfoumi on January 19, 2020 available at: https://www.tripfoumi.com/blog/2020/01/19/le-journaliste-guerrier-henri-sera-poursuivi-en-justice-par-le-senateur-jean-marie-salomon/ together with the certified translation.

13. Attached hereto as Exhibit 12 is a true and accurate copy of a Tweet published by TelEmancipation on January 15, 2024 available at:

https://twitter.com/telemancipation/status/1747095454808969321?s=46&t=9iM4JjF7xphm1WYMlac9iQ together with the certified translation.

14. Attached hereto as Exhibit 13 is a true and accurate copy of a Tweet published by TelEmancipation on January 15, 2024 available at: https://twitter.com/telemancipation/status/1747027371889205391 together with the certified translation.

15. Attached hereto as Exhibit 14 is a certified translation of the article published by Tripfoumi on January 15, 2024 available at: https://www.tripfoumi.com/blog/2023/01/31/guerrier-henri-invite-au-parquet-de-port-au-prince-soupconne-de-meche-avec-des-gangs/

16. Attached hereto as Exhibit 15 is a certified translation of a letter dated January 30, 2023.

17. Attached hereto as Exhibit 16 is a certified translation of the article published by Tripfoumi on January 31, 2023 available at https://www.tripfoumi.com/blog/2023/01/31/guerrier-henri-invite-au-parquet-de-port-au-prince-soupconne-de-meche-avec-des-gangs/.

18. Attached hereto as Exhibit 17 is a certified translation of a letter sent by Defendant Theriel Thelus to Ms. Marie Chimène Sylvestre, Director General of Radio Tele Zenith on or about October 24, 2014.

19. Attached hereto as Exhibit 18 is a copy of the 1987 Constitution of Haiti.

20. Attached hereto as Exhibit 19 is a certified translation of the relevant portions of Haitian Penal Code cited within Exhibit 15.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
May 31, 2024

*/s/Daniel Szalkiewicz, Esq.*
Daniel S. Szalkiewicz
