

**CreoleTrans**

**A Professional Translation Service**

1125 NE 125 Street, Suite #102 – Miami, FL 33161 – Tel: (305) 754-4348

www.creoletrans.com

STATE OF FLORIDA

COUNTY OF: _____MIAMI-DADE_____

Date: 3/18/2024

I _____Faidherbe Boyer_____, hereby certify that I translated the attached document(s) from Creole into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both Creole and English languages to render such translation.

   1- Guerrier and Vitelhomme 33min
   2- Guerrier and Lanmo Sanjou
   3- Guerrier and Krisla 2 first 10 min
   4- Guerrier and BBQ
   5- Tweet from Emancipation FM #1

Signature_____*F. Boyer*_____

Sworn to and subscribed before me by means of ___ physical presence or ✓ online notarization, this _18th_ day of _March_ _2024_,

by _Faidherbe Boyer____, ☐Personally known to me or ☐Produced identification.

Type of identification_____ ID No. _____

_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026
NOTARY PUBLIC · STATE OF FLORIDA

| Guerrier and BBQ – 11 min | | |
|---|---|---|
| 0:00:00 | BBQ | We've had 50 years of bad leadership, and we are still repeating that. This means, don't think you are going to free the people in one year. We are extending this battle to the entire country but today we are at a phase where we are enlightening the people. We are helping them see the light. We are helping them understand what is going on. There are too many thugs in this country, and we are denouncing them. When we denounce them the people will understand. Everyone wants to get rid of gangs. No one in Haiti wants to tolerate gangs. I, Jimmy Cherisier, more than anyone else, I wouldn't like anything better than for this country to have jobs, to get rid of insecurity. The reason is, we know that in the underserved neighborhood there are lots of young man and women who are very competent. If this country ever becomes stable, we would like for those people to live comfortably in their country like everyone else. |
| | | 0:00:50 |
| | | But the guys that are complaining about the guys with weapons is because they are not in control of the Allied force G9 revolutionary force, you touch one you touch them all. Today they want to have control of the Allied force G9 so they can do some nefarious activities in this country. Since we are more aware, we thought, for more than 50 years we never benefited from anything in this country, for more than 50 years these guys have used these underserved neighborhoods only when they have needs during the elections. They used these neighborhoods when they want us to fight each other. Guys like Urie Larortue, Commissioner Lalane, who are members of ...DDA are distributing weapons in Bellair for wars. They are not interested in the G9 neighborhood, these guys know that in the neighborhood where we live, we have created some stability. I am not saying that we are angels, but in the area where we live, we have created a certain stability. These guys know that G9 does not get involved in certain things. These guys know some things are happening and they know where they are happening. Despite all, they are more focused on G9. They are more interested in destroying G9, why? You must take down Krache Dife, Lasaline, BBQ, and Ti monpele. But at the end what they really want is to insert their own leaders in those area so that when they need to pressure the government when they need to destabilize the government, when they need to seize power, that they will have control of these areas. |
| 0:02:13 | GUE | BBQ, technically very soon we will try to do that. But BBQ, tell the country today, what is the main goal of G9 for this revolution? What is your main goal?  Which sector? which group? Tell us 1,2,3,4 very precise for the country. What is your goal to liberate this country? What is it? Have you identified them? If you have, 1,2,3,4 who are |

| | | |
|---|---|---|
| | | they? |
| 0:02:38 | BBQ | We have identified the 5% of the people who are holding 85% of this country's wealth. I should not be the one to identify them. The entire country sees them and knows them. |
| 0:02:49 | GUE | The country knows them. But you know these people are still the one owning the ports and everything else, give me one second, ahh Ok, You can finish naming them and then we will comment on it.  Let's go. |
| 0:03:02 | BBQ | OK. Yes. We have identified the 5% of the people who are holding 85% of this country's wealth. We have identified the traditional politicians; they are the straw man of this system and through them these guys are controlling the government. Not only that, a segment of the 5% have the economic monopole of this country, these same people have the political control of this country as well. What do I  mean? They are the ones who chose the president, the senators, and the members of the lower house. Then, all these senators, mayors and house members become indebted to these people. This means, we have identified these people today and our struggle is specifically against these people. We come from within the masses, it isn't in our interest to fight against those who look like us. But when you are fighting you must have a strategy. We are fighting against a system that is extremely powerful. We are fighting against a system with lots of money and has radio stations, TV stations, and who can pay lobbyist to fight for their causes. To eat bitter yucca, you must have a technique. We are fighting, we know where we're headed. We know who these people are, we know what they have. We see these things right in front of us. We know how we are fighting, and we know how to move forward. |
| 0:04:13 | GUE | Well, at any rate. You clearly identified your goals, but I must tell you the number of people you said who have the means in this country, we believe they are in your environment today. They are in your organization now. These people are involved in the G9 as well, don't you agree? |
| 0:04:33 | BBQ | I will repeat what I said to you earlier. When you are fighting, you must have a strategy. When you are fighting you must know when to move forward. Here is how you fight, and that's the error a lot of people make in this country, they always underestimate those who are capable in this country. If you are from a underserved neighborhood there are certain things you can't understand, you can't even think about them. When you are fighting someone, you must always have an element of surprise. You must know when to advance and when to retreat. That's all I can say. |
| 0:04:57 | GUE | Today, there is a very serious problem in this country, it's the kidnapping issue, everyone is complaining about it. The police are |

| | | |
|---|---|---|
| | | powerless, it can't find a solution to the problem. The kidnapping issue has caused a lot of problems. Since you are thinking for the country, since you are trying to forge a revolution, since you think we must help those who are in underserved neighborhood to escape their current conditions? Is G9 ready to assist with the kidnapping issue? |
| 0:04:57 | BBQ | For very specific reasons, Guerrier, I am choosing not to speak tonight regarding kidnaping issues. We in G9 the revolutionary force – attack one attack all, we are not ready to go against anyone. The only thing we know is that in all the underserved neighborhood they have the same issues. They have no running water, no trade schools. We will say it and repeat it without attacking anyone. If anyone has proof that there was someone held from a kidnaping in one of the areas controlled by G9 and that they asked for a ransom in that area, I want them to bring it, and if they do, I will never speak on behalf of G9. What I would always suggest from what I know about this country, I would always prioritize dialogue. I think that someone who has some self-respect in light of what is currently going on, contrary to those who are just speaking for the sake of speaking, that are asking for destruction here and there. Not us, we prefer dialogue. We would like some open discussions, and the government would sit with the people in these areas, find out which issues they are facing that makes them react that way. I think everyone who is Haitian does not want to hear what they are saying about this country. We are ugly, we are naked, we appear very very ugly …[interrupted] |
| 0:06:53 | GUE | Do you think there is a way to reason with a kidnapper, someone making $200k, $300K US for instance in one day? Do you think there is a way to reason with a guy like that who has a weapon in hand? |
| 0:07:05 | BBQ | I think if the government has the will, many things can be accomplished. I am not knowledgeable on everything; I can't jump to conclusion by suggesting what can be done and what can't be done. But I think dialogue is a major weapon and if we look for a way to speak to these guys I think we will get somewhere. |
| 0:07:23 | GUE | If you think that dialogue is a great option, why don't you start a dialogue with Ariel instead of using your weapons? |
| 0:07:36 | BBQ | Well…We do believe in dialogue, and we could have started a dialogue with Ariel. We are not having a dialogue with Ariel because we are defending our principles. The day he resigns and appears in court to answer some questions, I think we are all Haitians just as Ariel Henry, I think…this is what I think…that he has a love in his heart for this country, and that we could sit on the same table to communicate. Today those of us who are defending these values, these principles, those who take money from a small group of Siro- |

| | | |
|---|---|---|
| | | Lebanese mixed up with traditional politicians using some thugs from Colombia to attack the president… You said at one point that you never spoke to Badio then we hear that you spoke to him. When the prosecutor began to find some proof, what did you do? You fired the prosecutor, you fired the justice minister, you are doing so much that you lose your credibility. I am taking advantage of this opportunity to send a message to the new prosecutor. We noticed that you have not called on Ariel Henry to come to answer questions about the conversation he was having with Badio? |
| 0:08:40 | GUE | No, it's not the prosecutor, the Magistrate would have to do it. |
| 0:08:43 | BBQ | I wish that the Magistrate would call on Ariel Henry to answer some questions. The reason is, we don't understand how is it that they found that Ariel Henry spoke to Badio when he clearly stated that he never spoke to Badio? So today, Ariel must show up to say "yes, I spoke to Badio, here is what I said, here is what we talked about." Then the magistrate would then determine that Ariel Henry had nothing to do with the death of Jovnel Moise. Then we would say that we can work with Ariel Henry. We can accomplish something. We think that being a medical doctor he has a lot of potential. |
| 0:09:19 | GUE | Very well, I read a tweet, I am sure you read it to, from Magic 9 where they state that Samuel Madistin said that the government gave G9 20 million gourdes, have you read that tweet? |
| 0:09:35 | BBQ | I not only read that tweet I also replied to say in the Revolutionary Force G9- Attack one attack them all, we are a group made of, competent, credible, and sincere young man and women. I am reminding the auditors of Boukante Lapawòl, Attorney Samuel Madis was a member of MGKL (Fondasyon Je Klere). The Je Klere foundation was the first one to issue a report on the alleged massacre in La Saline, I have always said that there was never a massacre in Lasalin. There was a conflict in Lasalin regarding a marketplace, Pitit Lasalin was fighting against Lasalin and this alleged massacre they claimed occurred on November 13th, 2018. On November 16th, three days later, without an investigation, or anything done, an already prepared report was already published. So tonight, I have repeated this before, so I'll say it again. I was with …Olivier the Representative from Cavallion, a good friend of Marie Yolene Jules, when they wrote my name in the report they just mentioned that was connected to a Representative they did not even mention the name of the Representative because he/she was their friend and they wanted to protect him/her. This is not the first time these people are lying about us, especially me Jimmy Cherisier. I am going to repeat for the entire nation, this is what these political maneuvers are about, nothing is done at random in Politics. When these guys mentioned that the gave us 20million gourdes, they just want to frustrate other members of G9 so they can… |

| | | |
|---|---|---|