

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____
Date: 3/18/2024

I _____Faidherbe Boyer_____, hereby certify that I translated the attached document(s) from Creole into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both Creole and English languages to render such translation.

1- Guerrier and Vitelhomme 33min
2- Guerrier and Lanmo Sanjou
3- Guerrier and Krisla 2 first 10 min
4- Guerrier and BBQ
5- Tweet from Emancipation FM #1

Signature_____F. Boyer_____
Sworn to and subscribed before me by means of ___ physical presence or ✓ online notarization, this 18th day of March 2024,
by __Faidherbe Boyer____, ☐Personally known to me or ☐Produced identification.
Type of identification_____ ID No. _____

_____Audy Alvarez_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026

| Guerrier and Krisla – 29:47 min—First 10 Min. | | |
|---|---|---|
| 0:00:00 | KR | I have always stayed for the three months recess because when I was young I loved to fight a lot. But when I started doing Karate, I began to understand that those who practice Karate don't go around fighting for any reason. |
| 0:00:12 | GUE | Ok. There is something you said that was interesting, you said ever since you were young you loved to fight. So ever since you were young you were a troublemaker. Is that correct? |
| 0:00:26 | KR | I wasn't a troublemaker I just didn't want anyone to do whatever they please to me. And if I was with someone I will not accept that someone else do anything to that person either. |
| 0:00:39 | GUE | You just said that you have been a fighter since you were little. Talk to us about your early days and the first thing that incited you to fight? What is the first big thing that occurred in your presence as a child as an adolescent? |
| 0:00:52 | KR | When I was young I remember a few friends came to tell me [audio cut] at the crusade. I told them "Guys, I can't skip the crusade. I must finish before I join you guys." My friends left, after about 10min. I heard some gun shots. People were running all over. People were running over each other, I ran too. When I looked for my friends I couldn't find them. When I was not able to find them, I began to walk. It was nighttime already. I continued to walk, and I ran into Felix Bienaime and a few other people. When I ran into Felix Biename he pointed a weapon at me. |
| 0:01:40 | GUE | What year was it? |
| 0:01:41 | KR | I don't remember the year, but it was during the Zero tolerance years. |
| 0: 01:46 | GUE | Was this under the Aristide government or the Preval government? |
| 0: 01:49 | KR | I believe it was under Ariste. I believe under Preval – Zero tolerance. At that time, he asked me to lay down on the ground. Then he started to call on someone in the back of me. As he started to call the other person, I quickly got up and ran. When I ran, I hear a few shots, I got away. After I escape I fell inside a latrine. When I jumped I landed inside a latrine that was already being used. The guys came inside the outhouse to look for me, but I was in the larine. After they left, after about two hours, I stood up. Someone came to use the latrine and I spoke. The person ran and came back with a few more people. When they came back I said, "This is Krisla, go get my father for me." So, my father came he broke the toilet seat, and I came out of the latrine. |
| 0:02:59 | GUE | Let me ask you again, how old were you then? |
| 0:03:01 | KR | How old was I at that time? I may have been 17 years old. |
| 0:03:06 | GUE | You may have been 17 years old. I am listening to you. |
| 0:03:09 | KR | My father broke the toilet seat, and I came out of the latrine. When I am recounting these stories, they hurt me. |

| 0:03:22 | GUE | So, after you came out of the latrine, continue the story, what happened? |
|---|---|---|
| 0:03:28 | KR | After I got out, I then to get treated, then I went to Jakmèl because these guys killed about 3 people in the area. So, I along with my other guys we went to Jakmèl. We spend 12 days in Jakmèl. |
| 0:03:44 | GUE | When you say you took your other guys with you at that time, did you and your guys already have weapons? |
| 0:03:50 | KR | Here is how my group of guys became able to defend themselves. |
| 0:04:00 | GUE | Hold on, hold on, hold on. You can defend yourself with all sorts of things, with batons, with firearms, with machetes. Can you be more precise? At that time where did you and your guys already have firearms? |
| 0:04:17 | KR | Yes, yes, yes. We began to have some means because many people were attacking us in our area. A lot of people were attacking us especially the people from Gran Ravine. At that time, I don't know if you knew of a place called Nanbeny, Fort Lanmò, because there were a lot of guys who use to come and commit robberies in the area where they build a new police station in Bellan. They used to come and rob the people in that area, and we used to chase them. We started this group as an anti-gang group, and we are still an anti-gang group. |
| 0:04:52 | GUE | OK. That group you started; you told me you were 17 years old at that time. Were you the leader of that group, notice I am not using the word gang yet, we'll come back on it. At that time were you the leader of that group, that gang, that group of guys, or was there someone above you? |
| 0:05:14 | KR | I didn't start the group. I think I joined the group after 2 years of its existence. The person who started the group is no longer here. |
| 0:05:31 | GUE | Did the person who started the group die? |
| 0:05:32 | KR | Yea, yea. I joined the group because the situation was getting worse and worse. The group was in …. When things started to get worse, I joined the group. I joined the group I think in 1998. |
| 0:05:53 | GUE | In 1998 you joined the group in Ti Bwa.  At that time, who was the leader of the group? |
| 0:06:06 | KR | The leader of the group is not here. He is no longer here, and I will not mention his name. |
| 0:06:10 | GUE | Is he dead? |
| 0:06:11 | KR | No. |
| 0:06:13 | GUE | He is not dead. He is still alive, but he is not in this country. |
| 0:06:17 | KR | He is not in this country. |
| 0:06:18 | GUE | The first time you began to have weapons, did the group buy them or were they offered by someone? You see here, make a lot of effort to say it like it is because you made a statement saying that you are not |

|          |     | a gang leader. |
|----------|-----|----------------|
| 0:06:40  | KR  | Gerrier. |
| 0:06:40  | GUE | Yes. We will talk about it. I still have the same question. The first instance where you obtain the weapons you have; how did you manage to get these weapons? |
| 0:06:54  | KR  | Let me be very clear, that time was so difficult, and we didn't find a government ready to assist us. When the guys from Gran Ravin came up to Ti Bwa to cause trouble, beating people and killing people. When we called on the government, they never showed up. I remember one time these guys came to Ti Bwa. I don't remember which date, but I called Radio Karayib at that time and said that the Gran Ravin guys are here, and they are killing people. The person on the phone told me, "Fight them". We didn't have the means to fight we didn't have the means. We didn't have the means. The first possibility we ended up having to be able to fight these guys, we used to use 12 Kreyòl, and we used them because we didn't have the means to buy weapons. We even though about looking for security officers so that we can take their guns to fight. The time was very difficult for us. Our parents are poor. We didn't have anywhere to go. Other guys are attacking us all day, they rape and do all sorts of things. We used to use Creole weapons to be able to fight them because things were very difficult. The first war between Gran Ravin and Ti Bwa was on November 5, 2000. The war started on a Sunday morning. The war started with me because a few guys who were with me went to church, and since I didn't go to church that day, I was headed home with a friend and a group of guys attacked us. At that time Chevens was there, he died. There were many other guys with him. I had something in my pocket as well. The had already asked to freeze. The asked another friend who was with me to freeze as well. Another friend of mine pushed me towards the back so the guys wouldn't see that I have something in my pocket. When he pushed me towards the back I made a turn to head in a different way, at that moment they shot my friend twice in the belly, pow pow. After he shot my friend, Chevens shot at me, then I shot at him too and the two bullets collided. Then I moved towards him. Then he ran towards Gran Ravin. We were trying to find a way to bring my friend to the hospital. My guys finally arrive. We then toll them how everything happened. I am not going to lie to you.. |
|          |     |                |
|          |     |                |