

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____

Date: __4/11/2024__

I __Faidherbe Boyer__, hereby certify that I translated the attached document(s) from French into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both the French and English languages to render such translation.

1- Emancipation FM tweet (2:51 PM · Jan 31, 2023)

Signature __F. Boyer__

Sworn to and subscribed before me by means of ___ physical presence or ___ online notarization, this __12th__ day of _____Apirl_____ 2024_____,
by _____, ☐Personally known to me or ☐Produced identification.
Type of identification_____   ID No. _____

_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026



FRENCH

ENGLISH

| Tweet | Tweet |
|---|---|
| **FRENCH** | **ENGLISH** |
| Guerrier Henri est invité au Parquet de PauP. Selon une source digne de foi, son dossier pourrait être transmis au Cabinet d'instruction pour recel, complicité, relations d'affaires privilégiées avec des Gangs armés/#childsupport Tande 👉https://youtu.be/N4ZdPWF6v8g | Guerrier Henri is invited to the Public Prosecutor's Office in Port-au-Price. According to a reliable source, his file has been transferred to the Court's Investigating office for concealment, complicity, favored business relations with armed gangs/#childsupport Listen to 👉https://youtu.be/N4ZdPWF6v8g |