

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____

Date: _3/18/2024___

I __Faidherbe Boyer__, hereby certify that I translated the attached document(s) from French into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both the French and English languages to render such translation.

1- Le journaliste Guerrier Henri sera poursuivi en justice par le sénateur Jean Marie Salomon
2- Guerrier Henri invité au parquet de Port-au-Prince !
3- Guerrier Henri attendu au Parquet de Port-au-Prince pour incitation à la violence
4- Emancipation FM tweet #2
5- Radio Télé Métronome tweet #3
6- Ministry of Justice document #1
7- Ministry of Justice document #2

Signature____F. Boyer_____

Sworn to and subscribed before me by means of ___ physical presence or ___ online notarization, this __18th__ day of _____March_____ __2024____,
by _____, ☐Personally known to me or ☐Produced identification.
Type of identification_____   ID No. _____

_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026

| Article 1 | |
|---|---|
| **French** | **English** |
| **Le journaliste Guerrier Henri sera poursuivi en justice par le sénateur Jean Marie Salomon** | **The journalist Guerrier Henri will be pursued in court by senator Jean Marie Salomon** |
| Alors que le kidnapping est en vogue ces derniers jours en Haïti, le présentateur de l'émission "Boukante La pawòl" Guerrier Henri n'a pas hésité de donner publiquement, lors d'une édition de son émission, le nom de l'établissement scolaire que fréquente l'un des enfants du sénateur Jean-Marie Salomon, le numéro d'immatriculation et la couleur de la voiture à bord de laquelle l'enfant se rend chaque jour à l'école.<br><br>En colère contre ce comportement délétère qui met en péril son enfant, surtout lorsqu'on considère la lutte que mène le sénateur contre l'exécutif qui décide d'écourter son mandat, Jean Marie Junior Salomon menace d'intenter une action en justice contre Guerrier Henri, journaliste présentateur de l'émission Boukante Lapawòl (8h-10hPM) sur Radio Méga.<br><br>Lors de cette intervention sur les ondes de la Radio Caraïbes, à l'heure de l'émission Ranmase, le sénateur a déclaré que le pouvoir en place a recruté plusieurs journalistes dits "seniors", pour lui aider à contrecarrer tous ceux qui se veulent un | As kidnappings are rampant these days in Haiti, the host of the radio show "Boukante Lapawòl" Guerrier Henri, during one of his broadcasts, did not hesitate to reveal the school's name attended by one of Senator Jean-Marie Salomon's children, the plate number, and car color in which the child is taken to school every day.<br><br>Enraged by this irresponsible behavior endangering his child's life, especially when you consider the Senator's fight against the executive branch's attempt to shorten his term, Jean Marie Junior Salomon threatens to take legal action against Guerrier Henri, a journalist, host of the radio show Boukante Lapawòl which airs from 8:00 to 10:00 pm on Radio Mega.<br><br>During this interview on Radio Carraibes, on the program Ranmase, the senator declared that the current administration recruited many journalists considered "seniors", to help confront all those against its policies. |

| | |
|---|---|
| obstacle à ses dérives. | |
| À rappeler, ce journaliste fait l'objet de plusieurs dossiers. Il y a moins de deux mois, selon ce qu'avait déclaré l'ancien président du sénat, Carl Murat Cantave, Guerrier Henri menaçait de l'attaquer s'il ne négocierait pas. Une accusation qui a vitement été rejetée par ce dernier. Il faut cependant souligner que ce journaliste a déjà eu une prise de bouche avec le sénateur Jean Renel Sénatus lors d'une émission où tas de choses ont été répétées. | As a reminder, this journalist is the subject of several investigations. Less then two months ago, according to statements by the Senate's President, Carl Murat Cantave, Guerrier Henri threatened to attack him if he refuses to negotiate. An accusation which was promptly denied by Guerrier Henri. It must be noted that this journalist had already exchanged words with Senator Jean Renel Senatus during an interview where many statements were made. |
| | |
| | |

Dernières nouvelles    Justice    La Presse    Le Sénat

# Le journaliste Guerrier Henri sera poursuivi en justice par le sénateur Jean Marie Salomon



Abdias Alexis • janvier 19, 2020



1 minute de lecture



Alors que le kidnapping est en vogue ces derniers jours en Haïti, le présentateur de l'émission "Boukante La pawòl" Guerrier Henri n'a pas hésité de donner publiquement, lors d'une édition de son émission, le nom de l'établissement scolaire que fréquente l'un des enfants du sénateur Jean-Marie Salomon, le numéro d'immatriculation et la

couleur de la voiture à bord de laquelle l'enfant se rend chaque jour à l'école.

En colère contre ce comportement délétère qui met en péril son enfant, surtout lorsqu'on considère la lutte que mène le sénateur contre l'exécutif qui décide d'écourter son mandat, Jean Marie Junior Salomon menace d'intenter une action en justice contre Guerrier Henri, journaliste présentateur de l'émission Boukante Lapawòl (8h-10hPM) sur Radio Méga.

Lors de cette intervention sur les ondes de la Radio Caraïbes, à l'heure de l'émission Ranmase, le sénateur a déclaré que le pouvoir en place a recruté plusieurs journalistes dits "seniors", pour lui aider à contrecarrer tous ceux qui se veulent un obstacle à ses dérives.

- [Quelle suite judiciaire sera donnée aux rapports de l'ULCC ?](#)
- [22 ans après l'assassinat du journaliste Brignol Lindor, toujours pas de justice](#)
- [Assassinat de Jovenel Moïse : l'ex-sénateur haïtien John Joël Joseph plaide coupable](#)
- [Trois agents de Sécurité du Sénateur Joseph Lambert kidnappés](#)

À rappeler, ce journaliste fait l'objet de plusieurs dossiers. Il y a moins de deux mois, selon ce qu'avait déclaré l'ancien président du sénat,

Carl Murat Cantave, Guerrier Henri menaçait de l'attaquer s'il ne négocierait pas. Une accusation qui a vitement été rejetée par ce dernier. Il faut cependant souligner que ce journaliste a déjà eu une prise de bouche avec le sénateur Jean Renel Sénatus lors d'une émission où tas de choses ont été répétées.

Lire aussi:

- Le président Jovenel Moïse rend visite à l'ULCC: A quoi doit-on s'attendre?

Taboola Feed

**Plastic Surgeon: This Instant Trick Helps Reduce...**

This Viral DIY "Skin-Freezing" Technique Gets Shockingly Smoot...

Beverly Hills MD | Sponsorisé

Watch Now

**Newfane Seniors: Get A $150k Life Insurance Policy For $13/month**

LIFE INSURANCE | Sponsorisé

**These Barefoot Shoes are Leaving Neuropathy Experts Baffled**

Barefoot Vitality | Sponsorisé

**Newfane Seniors with No Life Insurance Get a...**

LIFE INSURANCE | Sponsorisé