

**1125 NE 125 Street, Suite #102 – Miami, FL 33161 – Tel: (305) 754-4348**
**www.creoletrans.com**

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____
Date: 3/18/2024

I _____Faidherbe Boyer_____, hereby certify that I translated the attached document(s) from Creole into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both Creole and English languages to render such translation.

1- Guerrier and Vitelhomme 33min
2- Guerrier and Lanmo Sanjou
3- Guerrier and Krisla 2 first 10 min
4- Guerrier and BBQ
5- Tweet from Emancipation FM #1

Signature_____F. Boyer_____
Sworn to and subscribed before me by means of ___ physical presence or ✓ online notarization, this 18th day of March 2024,
by __Faidherbe Boyer_____, ☐Personally known to me or ☐Produced identification.
Type of identification_____   ID No. _____

_____Audy Alvarez_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026



**Émancipation FM (90.7) PauP,...**
@telemancipation

Kèk minit aprè pakè konvoke Guerrier Henri pou pwomosyon kriminalite, mesye a chanje adrès, se 'Port Salut' li rete. RTE ap raple 30 janv. 2023, Pakè 'PauP'te envite menm M.Henri saa pou zafè twouble la pè piblik. Kèk jou aprè lite mande pèp la padon paskel te konn pwomote Bandi

Traduire le post



| Tweet from Emancipation FM - 1 | |
|---|---|
| **CREOLE** | **ENGLISH** |
| Kèk minit aprè pakè konvoke Guerrier Henri pou pwomosyon kirminalite, mesye a chanje adrès, se 'Port Salut' li rete. RTE ap raple 30 janv. 2023, Pakè 'PauP'te envite menm M.Henri saa pou zafè twouble la pè piblik. kèk jou aprè lite mande pèp la padon paskel te konn pwomote Bandi | A few minutes after the prosecutor's office summoned Guerrier Henri for promoting crimes, he moved, he now lives in Port Salut. RTE reminds everyone that on Jan 30th, 2023, the Prosecutor's Office in PauP summoned the same M. Henri for disturbing the peace. A few days later he asked the public for forgiveness for promoting thugs on his radio show. |