

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____

Date: _3/18/2024___

I __Faidherbe Boyer___, hereby certify that I translated the attached document(s) from French into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both the French and English languages to render such translation.

1- Le journaliste Guerrier Henri sera poursuivi en justice par le sénateur Jean Marie Salomon
2- Guerrier Henri invité au parquet de Port-au-Prince !
3- Guerrier Henri attendu au Parquet de Port-au-Prince pour incitation à la violence
4- Emancipation FM tweet #2
5- Radio Télé Métronome tweet #3
6- Ministry of Justice document #1
7- Ministry of Justice document #2

Signature____F. Boyer_____

Sworn to and subscribed before me by means of ___ physical presence or ___ online notarization, this __18th__ day of _____March_____ __2024____,
by _____, ☐Personally known to me or ☐Produced identification.
Type of identification_____   ID No. _____

_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026

| **Tweet #2** | |
|---|---|
| **FRENCH** | **ENGLISH** |
| Haiti/Criminalité : Guerrier Henri est attendu au Parquet de Port au Prince, ce mardi 16 Janvier 2024, 10 hres am. Il est poursuivi pour les crimes de promotion de la criminalité, l'incitation a la violence et complot contre la sureté intérieure de l'Etat, dit le Parquet. | Haiti/Crime : Guerrier Henri is expected at the Prosecutor's office in Port-au-Prince, this Tuesday, January 16th, 2010, at 10 :00 am. He is being prosecuted for promoting crimes, inciting violence, and plotting against national security, according to the Public Prosecutor's Office. |



**Post**

**Émancipation FM (90.7) PauP, Haiti**
@telemancipation

Haiti/Criminalité: Guerrier Henri est attendu au Parquet de Port au Prince, ce mardi 16 janvier 2024, 10 hres am. Il est poursuivi pour les crimes de promotion de la criminalité, l'incitation à la violence et complot contre la sûreté intérieure de l'Etat, dit le Parquet.

Translate post

5:45 PM · Jan 15, 2024 · **485** Views

1 Repost   1 Like   1 Bookmark