

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____

Date: _3/18/2024___

I __Faidherbe Boyer___, hereby certify that I translated the attached document(s) from French into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both the French and English languages to render such translation.

1- Le journaliste Guerrier Henri sera poursuivi en justice par le sénateur Jean Marie Salomon
2- Guerrier Henri invité au parquet de Port-au-Prince !
3- Guerrier Henri attendu au Parquet de Port-au-Prince pour incitation à la violence
4- Emancipation FM tweet #2
5- Radio Télé Métronome tweet #3
6- Ministry of Justice document #1
7- Ministry of Justice document #2

Signature_____ *F. Boyer* _____

Sworn to and subscribed before me by means of ___ physical presence or ___ online notarization, this __18th__ day of _____March_____ __2024___,
by _____, ☐Personally known to me or ☐Produced identification.
Type of identification_____   ID No. _____

_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026

À la une    Corruption

# Guerrier Henri attendu au Parquet de Port-au-Prince pour incitation à la violence



TripFoumi Enfo   •   janvier 15, 2024

1 minute de lecture



Le journaliste Guerrier Henri est convoqué au Parquet de Port-au-Prince, ce mardi 16 janvier 2024 à 10 heures AM, par le Commissaire du Gouvernement Près le Tribunal de Première Instance de Port-au-Prince, Elysée Fenelson.

Il est reproché de promotion de la criminalité, d'incitation à la violence et de complot contre la sûreté intérieure de l'État lors de son émission à Radio Mega, selon ce qu'a écrit le Parquet dans sa convocation.

Le présentateur de l'émission « Boukante Lapwòl » n'est pas à sa première convocation.En janvier 2023,il avait été invité à se présenter par-devant le Commissaire du gouvernement d'alors,Jacques Lafontant.

- [Violence policière en Haïti, l'OPC lance un appel à l'aide auprès du Haut-Commissariat de l'ONU aux droits de l'homme](#)
- [Le biopic de Bob Marley attendu en février 2024](#)
- [Stéphanie MONDESTIN invitée par le Commissaire du gouvernement de Port-au-Prince pour, entre autres, association de malfaiteurs](#)
- [Violence des gangs à Port-au-Prince, la PNH tente de reprendre le contrôle de la situation](#)

Cette convocation était survenue après que le professionnel de la presse avait déclaré, sur les ondes, qu'il ne donnerait plus la parole à des chefs de gangs avec qui il aurait entretenu de bonnes relations.

**RÉPUBLIQUE D'HAÏTI**
**MINISTÈRE DE LA JUSTICE ET DE LA SÉCURITÉ PUBLIQUE**

No. _____

Port-au-Prince, le 12/01/2024

Au
Sieur Guerrier HENRI
En Ville.-

Monsieur,

Le Commissaire du Gouvernement près le Tribunal de Première Instance de Port-au-Prince vous invite à vous présenter au Parquet de ce ressort, le Mardi que l'on comptera **16 janvier 2024**, dès dix heures du matin, en vue de répondre sur la promotion de la criminalité, l'incitation à la violence et le complot contre la sûreté intérieure de l'Etat faites par vous lors de l'émission boukante lapawol à la Radio Méga.

Fait au Parquet, les jour, mois et an que dessus.

Elysée FENELON, Mag
S/Commissaire du Gouvernement

Taboola Feed

Doctor Finally Shows The Public Famous Tummy...
Dr. Kellyann | Sponsorisé

| Article 2 | |
|---|---|
| FRENCH | ENGLISH |
| **Guerrier Henri attendu au Parquet de Port-au-Prince pour incitation à la violence** | **Guerrier Henri expected at the Prosecutor's Office in Port-au-Prince for inciting violence** |
| Le journaliste Guerrier Henri est convoqué au Parquet de Port-au-Prince, ce mardi 16 janvier 2024 à 10 heures AM, par le Commissaire du Gouvernement Près le Tribunal de Première Instance de Port-au-Prince, Elysée Fenelson.

Il est reproché de promotion de la criminalité, d'incitation à la violence et de complot contre la sûreté intérieure de l'État lors de son émission à Radio Mega, selon ce qu'a écrit le Parquet dans sa convocation.

Le présentateur de l'émission « Boukante Lapwòl » n'est pas à sa première convocation.En janvier 2023,il avait été invité à se présenter par-devant le Commissaire du gouvernement d'alors,Jacques Lafontant. | The journalist Guerrier Henri is summoned by the Prosecutor's Office in Port-au-Prince, this Tuesday, January 16th, 2024, at 10:00 AM, by Elysée Fenelson, the Government Representative at the Court of First Instance of Port-au-Prince.

He is accused of promoting crimes, inciting violence, and plotting against National Security during his Radio show on Radio Mega, according to the summon written by the Prosecutor's Office.

This is not a first appearance for the host of the Radio show "Boukante Lapawòl." In January 2023, he was asked to appear before the former Government Representative Mr. Jacques Lafontant. |
| Cette convocation était survenue après que le professionnel de la presse avait déclaré, sur les ondes, qu'il ne donnerait plus la parole à des chefs de gangs avec qui il | This summon came after the media professional declared, on the air, that he would no longer give interviews to gang leaders with whom he had maintained good relations. |

| aurait entretenu de bonnes relations. | |
|---|---|