

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____

Date: 5/28/2024

I __Faidherbe Boyer__, hereby certify that I translated the attached document(s) from French into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both the French and English languages to render such translation.

1- Letter to Ms. Marie Chimène Sylvestre

Signature  *F. Boyer*

Sworn to and subscribed before me by means of _✓_ physical presence or ___ online notarization, this _28th_ day of _____May_____ ____2024_____,
by _____, ☐ Personally known to me or ☐ Produced identification.
Type of identification_____  ID No. _____

Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026

<u>Port-au-Prince, on Friday October 24th, 2014</u>

**Of : Theriel Thelus, Journalist / Reporter and Presenter**
**To : Ms. Marie Chimène Sylvestre, Director General of Radio Tele Zenith**
**Subject : Request for leave without pay**

**Madam Director General,**

**I would first like to congratulate the entire Radio Tele Zenith team for the sincere collaboration from which I have benefited for more than two years. I also want to thank the staff for their continuous support.**

**I would like to request a leave without pay as of Wednesday November 5th, 2014, to travel to the United States. The duration of my absence has not yet been determined. However, I plan to continue hosting the show remotely, if possible.**

**Regards,**

<u>*[Illegible Signature]*</u>
    **Thériel Thélus**


                                                                                    **[STAMP]**

*Received on October 27, 2014, at 4:15*
*By Ms. Johane Jean*
*on behalf of the Administration*
*of  Radio Tele Zenith*


*Johane Jean*