

STATE OF FLORIDA
COUNTY OF: _____MIAMI-DADE_____

Date: 5/30/2024

I __Faidherbe Boyer__, hereby certify that I translated the attached document(s) from French into English to the best of my ability, and that it is true and correct translation. I further certify that I am competent in both the French and English languages to render such translation.

1- Article 64, 67 and 313 of the Penal Code translated from French into English

Signature ___F. Boyer___

Sworn to and subscribed before me by means of ✓ physical presence or ___ online notarization, this 30th day of May 2024,
by _____, ☐ Personally known to me or ☐ Produced identification.
Type of identification_____ ID No. _____

_____
Audy Alvarez, State of Florida

AUDY ALVAREZ
Commission # HH 216566
Expires April 1, 2026

Art. 64.- L'attentat dont le but sera :

Soit de détruire ou de changer le Gouvernement, soit d'exciter les citoyens ou habitants à s'armer contre l'autorité du chef de l'État, sera puni de détention.

(Ainsi modifié par le décret du 23 septembre 1985).- C. pén. 7-1°, 12, 13. Art. 64.-

(Code Pénal) se lit désormais comme suit :

Les attentats et complots dont le but sera de détruire les institutions politiques ou de changer le Gouvernement, d'exciter les citoyens, ou habitants à s'armer contre l'autorité du chef de l'État seront punis de la détention. La peine sera de dix ans au moins et de quinze ans au plus. (Décret du 23 Septembre 1985).

Art. 67.- Il y a complot, dès que la résolution d'agir est concertée et arrêtée entre deux conspirateurs, ou un plus grand nombre, quoiqu'il n'y ait pas eu d'attentat.- C. pén. 44, 65.

DES CRIMES TENDANT À TROUBLER L'ÉTAT PAR LA GUERRE CIVILE, L'ILLÉGAL EMPLOI DE LA FORCE ARMÉE, LA DÉVASTATION ET LE PILLAGE PUBLICS

Art. 313.- Sera coupable du délit de diffamation, celui qui, soit dans les lieux ou réunions publics, soit dans un acte authentique et public, soit dans un écrit imprimé ou non qui aura été affiché, vendu, ou distribué, aura imputé à un individu quelconque des faits qui porte atteinte à son honneur et à sa considération.

La présente disposition n'est point applicable aux faits dont la loi autorise la publicité, ni à ceux que l'auteur de l'imputation était par la nature de ses fonctions ou de ses devoirs, obligé de révéler ou de réprimer.- Inst. crim. 19, suiv.- C. pén. 31.

Art. 64 – An attack aimed at:

Destroying or changing the Government, or inciting citizens or residents to arm themselves against the authority of the Head of State, will be punished by imprisonment.

(Modified by the decree of September 23, 1985) – Penal Code 7-1°, 12, 13. Art. 64 –

(Penal Code) now reads as follows:

Attacks and plots aimed at destroying political institutions or changing the Government, or inciting citizens or residents to arm themselves against the authority of the Head of State will be punished by imprisonment. The penalty will be a minimum of ten years and a maximum of fifteen years (Decree of September 23, 1985).

Art. 67 - A conspiracy exists as soon as two or more conspirators have agreed to act, even if there has been no attack – Penal Code 44, 65.

CRIMES TENDING TO DISTURB THE STATE THROUGH CIVIL WAR, THE ILLEGAL USE OF ARMED FORCE, PUBLIC DEVASTATION AND PILLAGE

Art. 313 - Anyone who imputes facts to any individual that are prejudicial to their honor or reputation, either in a public place or meeting, or in a public deed, or in a document – printed or not – that has been displayed, sold or distributed, will be deemed guilty of the offense of defamation.

The present provision is not applicable to facts which the law authorizes to be made public, nor to those which the author of the imputation was obliged to reveal or repress, by the nature of his functions or duties. – Criminal Instr. Code. 19, ff. – Penal Code 31.