**Law Office of Richard A. Altman**  Tel. and Fax 212.633.0123
**150 East 56th Street, Suite 12B**  altmanlaw@earthlink.net
**New York, New York 10022**  artesq@earthlink.net
www.altmanlaw.nyc

June 25, 2024

BY ECF
Hon. Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Henri v. Thelus*, 1:24-cv-00329-VEC

Your Honor:

    I represent the plaintiff, and write to ask the Court for an extension of time to respond to defendants' motion to dismiss the First Amended Complaint. Opposition is presently due on June 28, 2024, and defendants' reply is due on July 12. I ask for two additional weeks, or July 12 and July 26 respectively. This is my first request for an extension, and defendants' counsel, Mr. Szalkiewicz, has graciously consented to it.

    I appreciate the Court's attention.

                              Respectfully,

                              Richard A. Altman

Copy by ECF to
Daniel Szalkiewicz, Esq.