# Daniel Szalkiewicz
# & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

July 24, 2024

**<u>Via ECF</u>**  
United States District Court for the  
Southern District of New York  
40 Foley Square,  
New York, New York 10007  
Attn: Hon. Valerie E. Caproni

*Re:*  *Henri v. Thelus et al*  
*Case No. 1:24-cv-00329-VEC*

Dear Judge Caproni,

     Our firm represents the defendants, Theriel Thelus and Senet D. Achill ("Defendants"). On July 12, 2024, plaintiff filed opposition papers to our second motion to dismiss. We are currently waiting for certified documents from Haiti and request an additional 14 days to file our reply papers. The current deadline is July 26, 2024.

     We have contacted Mr. Altman's office for his consent but have not heard back.

     Respectfully submitted,

*/s/ Daniel S. Szalkiewicz*  
By: Daniel S. Szalkiewicz, Esq.