# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

**MEMO ENDORSED**

July 24, 2024

**Via ECF**
United States District Court for the
Southern District of New York
40 Foley Square,
New York, New York 10007
Attn: Hon. Valerie E. Caproni

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/24

*Re:*   *Henri v. Thelus et al*
        *Case No. 1:24-cv-00329-VEC*

Dear Judge Caproni,

Our firm represents the defendants, Theriel Thelus and Senet D. Achill ("Defendants"). On July 12, 2024, plaintiff filed opposition papers to our second motion to dismiss. We are currently waiting for certified documents from Haiti and request an additional 14 days to file our reply papers. The current deadline is July 26, 2024.

We have contacted Mr. Altman's office for his consent but have not heard back.

Respectfully submitted,

*/s/ Daniel S. Szalkiewicz*
By: Daniel S. Szalkiewicz, Esq.

---

Application GRANTED.  Defendants' reply must be filed by no later than August 7, 2024.

SO ORDERED.                7/24/24

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---