UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUERRIER HENRI,

           Plaintiff,

-against-

THÉRIEL THÉLUS and SENET D. ACHILL,

           Defendants.

Case No.: 24-cv-00329

DANIEL S. SZALKIEWICZ declares as follows:

1. I am a partner at the law firm of Daniel Szalkiewicz & Associates, P.C., attorneys for defendants THÉRIEL THÉLUS and SENET D. ACHILL ("Defendants") in the above-captioned action. I submit this Reply declaration in support of Defendants' motion to dismiss.

2. Attached hereto as Exhibit 1 is a copy of an e-mail received from Radio Tele Zenith President and CEO, Rony Colin.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
       August 9, 2024

                                              */s/Daniel Szalkiewicz, Esq.*
                                              Daniel S. Szalkiewicz