Daniel Szalkiewicz <daniel@lawdss.com>

# Fwd:
1 message

**Cali Madia** <cali@lawdss.com>　　　　　　　　　　　　　　　　　Fri, Aug 9, 2024 at 6:02 PM
To: therielthelus@gmail.com, TripFoumi Enfo <tripfoumienfo@gmail.com>, Daniel Szalkiewicz <daniel@lawdss.com>

---------- Forwarded message ---------
From: **Doukounn Blanc** <doukounn@yahoo.fr>
Date: Fri, Aug 9, 2024 at 5:33 PM
Subject:
To: cali@lawdss.com <cali@lawdss.com>


From: RADIO TÉLÉ ZÉNITH (RTZ)
To: Daniel Szalkiewiez and Associates, P.C.

Sir,

The management of RADIO TÉLÉ ZÉNITH acknowledges receipt of your correspondence dated July 31, 2024, which requests clarification regarding an employee of the said institution.

After extensive research conducted in the archives of Radio Télé Zénith on Monday, August 5, 2024, the management of the institution found that a letter from journalist Thériel Thélus, dated October 24, 2014, was received. This letter involved a request for unpaid leave due to a trip to the United States starting on November 5, 2014, with the possibility of continuing his program remotely in light of the situation and the personal conviction of the General Director of the radio. Therefore, the journalist in question, as cited above, has never been subject to dismissal, fired or abandonment of his post.

Thank you for taking the time to read this letter. Please accept, Sir, my cordial greetings.

On August 6, 2024

Rony COLIN, President and CEO of RTZ

Chimène Sylvestre for the CEO
Yahoo Mail: Search, Organize, Conquer


--

Cali P. Madia, Esq.

**Daniel Szalkiewicz & Associates, P.C.**

Tel: (212) 706-1007

Fax: (646) 849-0033

Cell: (716) 860-2557

www.lawdss.com