**Law Office of Richard A. Altman**  **Tel. and Fax 212.633.0123**
**150 East 56th Street, Suite 12B**      altmanlaw@earthlink.net
**New York, New York 10022**           artesq@earthlink.net
                                       www.altmanlaw.nyc

August 10, 2024

BY ECF
Hon. Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Henri v. Thelus*, 1:24-cv-00329-VEC

Your Honor:

      I represent the plaintiff. On July 24, 2024, the Court extended defendants' time to file a reply on their motion to dismiss until August 7 (Dkt. #33). However, the reply was filed on August 9, two days late. I respectfully submit that the papers should be rejected as untimely.

      I appreciate the Court's attention.

                                                               Respectfully,

                                                              Richard A. Altman

Copy by ECF to
Daniel Szalkiewicz, Esq.