MEMO ENDORSED

**Law Office of Richard A. Altman**
150 East 56th Street, Suite 12B
New York, New York 10022

Tel. and Fax 212.633.0123
altmanlaw@earthlink.net
artesq@earthlink.net
www.altmanlaw.nyc

August 10, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/24

BY ECF
Hon. Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Henri v. Thelus*, 1:24-cv-00329-VEC

Your Honor:

    I represent the plaintiff. On July 24, 2024, the Court extended defendants' time to file a reply on their motion to dismiss until August 7 (Dkt. #33). However, the reply was filed on August 9, two days late. I respectfully submit that the papers should be rejected as untimely.

    I appreciate the Court's attention.

Respectfully,

Richard A. Altman

Copy by ECF to
Daniel Szalkiewicz, Esq.

---

Application DENIED. Parties must adhere to all Court orders and deadlines. The Court is aware that Defendants' reply was filed two days late, and the parties are advised that failure to abide by deadlines in the future may be grounds to reject submissions. Plaintiff is not prejudiced in any way by the late filing, and the Court will accept Defendants' submission.

SO ORDERED.

8/12/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE