**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GUERRIER HENRI,

                Plaintiff,

    -against-                                    24 **CIVIL** 0329 (VEC)

                                                                        **<u>JUDGMENT</u>**

THÉRIEL THÉLUS and SENET D. ACHILL,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated December 10, 2024, Defendants' Motion to Dismiss the Amended Complaint is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

       December 11, 2024

                                                                        **TAMMI M. HELLWIG**
                                                                        **Clerk of Court**

                                              **BY:** _____
                                                                       **Deputy Clerk**